# COMPOSITE EXHIBIT A

**U.S. Department of Transportation**

**Federal Motor Carrier Safety Administration**

**1200 New Jersey Ave, SE
Washington, DC 20590**

**August 31, 2026**

# Notice of Emergency Removal from the Federal Motor Carrier Safety Administration's Entry Level Driver Training Provider Registry

CDL Direct, LLC
1855 N Trawood Drive; Suite #207
El Paso, TX 79935
Attention: Training Provider Owner/Operator/
Administrator

**Delivery via UPS: 1ZA47 6E6 NT 9412 8337**
**Delivery via Electronic Mail: ELDT@CDLDirect.com**

RE: CDL Direct, LLC
Training Provider Registry (TPR) Id. No(s).: c17496f2-02fb-4ade-a130-840f33386489

Training Provider Owner/Operator/Administrator:

The Federal Motor Carrier Safety Administration ("FMCSA" or "Agency") provides notice that CDL Direct, LLC was immediately removed from the active listing on FMCSA's Entry-Level Driver Training Provider Registry (TPR) on August 31, 2026. This Notice applies to you, your employees, representatives, and each of your locations. FMCSA removed CDL Direct, LLC, under the authority of 49 U.S.C. § 31305(c)(5) and 49 CFR 380.723(e), because:

(1) The public health, interest and safety required CDL Direct, LLC's immediate removal from the TPR, and

(2) CDL Direct, LLC's willful disregard of the regulations required its immediate removal from the TPR.

**EFFECTIVE IMMEDIATELY CDL DIRECT, LLC AND ITS REPRESENTATIVE(S) MUST CEASE ALL OPERATIONS AS A TRAINING PROVIDER. THIS PROHIBITION**

**INCLUDES, BUT IS NOT LIMITED TO THE FOLLOWING ACTIONS.**
**CDL DIRECT, LLC MUST NOT:**

1. Administer any of the training curricula set forth in 49 CFR Part 380, Subpart G, Appendices A through E (FMCSA's ELDT Curriculum), of the Federal Motor Carrier Safety Regulations (FMCSRs).
2. Utilize any virtual, classroom, range, or public facilities or roadways to provide ELDT instruction of any kind on or utilizing FMCSA's ELDT Curriculum.
3. Utilize any vehicles or equipment to conduct any ELDT behind-the-wheel (BTW) training.
4. Utilize any training instructors employed by or on behalf of CDL Direct, LLC to conduct ELDT instruction.
5. Issue certificate(s) of completion to individuals who have completed FMCSA's ELDT Curriculum administered by CDL Direct, LLC or on behalf of CDL Direct, LLC.
6. Transmit any ELDT training certification records for any individual through the TPR website.
7. Make any representations that CDL Direct, LLC is a training provider under FMCSA's ELDT regulations or hold yourself out as a training provider listed on the TPR.
8. Enroll any new students on behalf of CDL Direct, LLC for the purpose of training students in accordance with FMCSA's ELDT Curriculum.

**BASIS FOR EMERGENCY REMOVAL**

The Agency's immediate removal of all known locations CDL Direct, LLC from active listing on the TPR is based on the following:

*Legal Basis*

1. Under 49 CFR 380.719(a)(1), to be eligible for continued listing on the TPR, a provider must meet the requirements of 49 CFR Part 380, Subpart G and the applicable requirements of § 380.703.
2. FMCSA may remove a provider from the TPR under 49 CFR 380.721 when a provider fails to meet or maintain any of the qualifications established by 49 CFR Part 380, Subpart G or the requirements of other State and Federal regulations applicable to the provider.
3. FMCSA may consider removing a provider from the TPR after an audit or investigation, conducted by FMCSA or its authorized representatives, identifies material deficiencies, pertaining to the training provider's program, operations, or eligibility. 49 CFR 380.721(a)(3).
4. In accordance with 49 CFR 380.723(e), FMCSA may immediately remove any training provider and/or any training provider's location(s) engaged in fraud, criminal behavior, or willful disregard of the regulations in Subpart G of 49 CFR Part 380, or when the public health, interest, or safety requires immediate action.
5. CDL Direct, LLC is an ELDT training provider listed on the TPR.

*Emergency Removal on the Basis of the Public Health, Interest, or Safety*

6. *FMCSA removed CDL Direct, LLC from the TPR because the public health, interest or safety required immediate removal. Specifically:*
    a. Under 49 CFR 380.703(a)(1), training providers are required to provide driver-trainees

instruction that meets the applicable criteria set forth in FMCSA's ELDT curriculum.

b. The required curriculum for Class A and Class B theory instruction includes instruction regarding the English Language Proficiency (ELP) requirements and the consequences for ELP violations. 49 CFR Part 380, Appendix A (Unit A1.5.6) and B (Unit B1.5.6).
c. For each driver-trainee that successfully completes ELDT that complies with the criteria in FMCSA's ELDT Curriculum, the training provider is required to electronically transmit training certification information through the TPR website.
d. Under 49 CFR 380.707(a), training providers must require all accepted driver-trainees for BTW training to certify that they will comply with FMCSA's driver qualification regulations in 49 CFR Part 391.
e. Under 49 CFR 391.11(b)(2), a driver who cannot read and speak the English language sufficiently to converse with the general public, to understand highway traffic signs and signals in the English language, to respond to official inquiries, and to make entries on reports and records, is not qualified to operate a commercial motor vehicle in interstate commerce in the United States.
f. FMCSA conducted an audit, using data available in FMCSA's systems, to assess training providers' compliance with 49 CFR Part 380. Specifically, FMCSA examined the training providers' instruction of FMCSA's ELDT Curriculum and whether their driver-trainees met the ELP qualification requirements.
g. FMCSA's audit identified material deficiencies in CDL Direct, LLC's ELDT program.
h. FMCSA's audit found that 171 driver-trainees for whom CDL Direct, LLC uploaded an ELDT certificate to the TPR were cited for one or more ELP violation(s) after CDL Direct, LLC certified that they had successfully completed ELDT.
i. FMCSA's audit found that despite the regulatory requirement that Class A and Class B theory curriculum include instruction on the ELP requirements for driver-trainees who are not English speakers and the requirement that driver trainees receiving BTW training certify that they will meet FMCSA's driver qualifications, including the ELP, CDL Direct, LLC has on numerous occasions, certified ELDT, for drivers who failed to meet the ELP standard at the time CDL Direct, LLC uploaded the driver-trainees' certification information to the TPR.
j. As articulated in FMCSA's English Language Proficiency Internal Agency Enforcement Policy (MC-SEE-2026-0002), the failure to adequately ensure driver qualification standards poses serious safety concerns and increases the likelihood for a crash. A driver's failure to comply with the ELP qualification requirements constitutes a safety risk because the driver lacks the English proficiency required to understand highway traffic signs and signals, communicate with emergency or law enforcement officials to respond to official inquiries, converse with the public, and accurately make entries on mandatory safety reports and records.

   According to an FMCSA study on ELP and safe CMV operations, driver's lack of proficiency in English has a potential adverse impact on reaction time even in standard situations and can lead to the unsafe operation of a CMV. Further, emergencies occur infrequently, but when they do, it is important that the driver be able to interact effectively with enforcement and emergency personnel as well as with the public. If an inspector or other officer and the driver are unable to communicate, the safety of both is potentially at risk.

The following is a small sample of crashes that involved a driver who either failed an ELP assessment or was otherwise did not demonstrate proficiency in English after a crash. FMCSA *does not* allege that the drivers involved in these crashes received ELDT at CDL Direct, LLC, and the fact that these crashes occurred is not a basis for this Emergency Removal. FMCSA describes these crashes for illustrative purposes to underscore the safety risks posed by drivers who failed to meet the ELP requirement.

i. *On August 15, 2026, a semi-truck driver was traveling westbound on I-80 in Lincoln County, Nebraska, where he was involved in a fatal accident. The driver merged from the shoulder and was traveling below the minimum speed at the time of the accident. Because the driver was not proficient in the English language, he could not communicate with first responders who arrived to provide emergency care.*

ii. *On July 5, 2026, a semi-truck driver traveling southbound on I-71 in Madison County, Ohio, rear-ended a passenger vehicle, killing the occupant. After rear-ending the passenger vehicle, the semi-truck continued to crash through the median and then drove into the northbound lanes of I-71. In addition to failing an ELP assessment at the scene, the driver was charged with a felony count of tampering with evidence for attempting to hide his dash camera.*

iii. *On May 29, 2026, A motorcoach traveling southbound on I-95 in Stafford County, Virginia failed to stop for slowing traffic due to a work zone. The motorcoach collided with multiple vehicles at highway speed, and the crash resulted in 5 fatalities. During a post-crash investigation, the motorcoach driver failed an ELP assessment.*

iv. *On December 9, 2025, a motorcoach collided with two CMVs and a passenger vehicle on I-40 Westbound, in Baxter, Putnam County, Tennessee. The motorcoach driver was allegedly distracted by a video playing on a cell phone at the time of the crash and failed to communicate effectively in English, failing the ELP requirement. The crash resulted in one fatality and multiple additional injuries.*

v. *On August 12, 2025, a semi-truck driver attempted to execute a U-turn in an unauthorized area on the Florida's Turnpike in St. Lucie County, stretching his trailer across northbound lanes and causing a fatal collision that killed three people. Because the driver was not proficient in the English language, he could not interact effectively with enforcement and emergency personnel following the accident.*

k. While FMCSA's regulations do not require that ELDT instruction be provided in English, the regulations do require training providers to provide theory instruction about ELP and require BTW driver-trainees to certify they will comply with the qualification standards, including ELP.

l. Under FMCSA's regulations, theory curriculum that fails to adequately instruct non-English speaking driver-trainees about the ELP requirements constitutes a material deficiency in the ELDT program and a safety gap that training providers must address. Further, under FMCSA's regulations, an ELDT program is materially deficient when a training provider delivers BTW training to drivers who certify they will comply with the qualification standards, including ELP, and do not meet the ELP standard at the time of certification.

m. FMCSA determines that CDL Direct, LLC's certification of ELDT completion, on numerous occasions, for driver-trainees who failed to meet the ELP standard constitutes a material deficiency in its ELDT program.
n. Therefore, FMCSA determines that the public health, interest, or safety requires CDL Direct, LLC's immediate removal from the TPR. A training provider certifying the ELDT completion of a driver-trainee who lacks the English proficiency required to understand highway traffic signs and signals, communicate with emergency or law enforcement officials to respond to official inquiries, converse with the public, and accurately make entries on mandatory safety reports and records poses a risk to the public's health and safety and is not in the public interest.

*Emergency Removal on the Basis of the Willful Disregard of the Regulations*

7. *FMCSA removed CDL Direct, LLC from the TPR because of its willful disregard of the regulations governing the conduct of training providers. This paragraph incorporates the facts and determinations in paragraph 6 above, and sets forth the following additional determinations:*
    a. FMCSA's regulations require that theory curriculum adequately instruct non-English speaking driver-trainees about the ELP requirements and require that training providers deliver BTW training only to driver-trainees who certify they will comply with the qualification standards, including ELP.
    b. CDL Direct, LLC uploaded ELDT certificates for driver-trainees who did not meet the ELP standard at the time of certification.
    c. FMCSA further determines that the certification of numerous driver-trainees who cannot satisfy basic ELP standards demonstrates that b. CDL Direct, LLC operated in willful disregard of its regulatory obligations under 49 CFR Part 380, Subpart G.

8. **The public health, safety, and interest, as well as CDL Direct, LLC's willful disregard of the regulations, required immediate action to prevent the further certification of unqualified commercial drivers; FMCSA removed CDL Direct, LLC from the TPR in accordance with 49 CFR 380.723(e)**.

**OPPORTUNITY FOR ADMINISTRATIVE REVIEW OF THIS DECISION**

Under 49 CFR 380.723(d), you may request administrative review of this emergency removal determination. Such request must be submitted **in writing no later than 30 calendar days** from the date this Notice is served. The request for administrative review must be submitted in writing to: FMCSA, ATTN: § 380.723 Training Provider Registry Removal Proceedings, 1200 New Jersey Avenue SE, Washington, DC 20590, or to the Training Provider Registry Mailbox at TPR@dot.gov.

The request for administrative review must explain the alleged error(s) committed in removing CDL Direct, LLC from the TPR, and include all factual, legal, and procedural issues in dispute, as well as any supporting documentation. **Requests that do not explain the alleged error(s) committed and include all factual, legal, and procedural issues in dispute, as well as any supporting documentation will be deemed either incomplete or a request for reinstatement**. FMCSA may ask CDL Direct, LLC to submit additional information or attend a conference to discuss the removal. If CDL Direct, LLC does not provide the information requested, or does not attend the scheduled

conference, FMCSA may dismiss the request without further action.

FMCSA will complete the administrative review and notify you in writing of the decision. In accordance with 49 CFR 380.723(d)(2), FMCSA's decision on administrative review constitutes final Agency action. If FMCSA deems the removal to be invalid, FMCSA will reinstate the provider's listing on the TPR.

**REQUESTING REINSTATEMENT AFTER REMOVAL**

Under 49 CFR 380.723(f), you may request a reinstatement **in writing no sooner than 30 calendar days** from the date this Notice is served. You must submit documentation showing completion of all corrective action(s) taken to address the material deficiency identified in this Notice. You may submit a request for reinstatement to the Training Provider Registry Mailbox at TPR@dot.gov.

**PROCEDURAL REGULATIONS AND EVIDENCE**

The procedures applicable to this Notice of Emergency Removal are set forth in 49 CFR 380.723(d)-(e).

In issuing this Notice, FMCSA relied upon Driver Vehicle Examination Reports (roadside inspection reports) issued for all driver-trainees issued an ELDT certificate by CDL Direct, LLC who were thereafter cited during a roadside inspection for failing to meet the English Language Proficiency standard in 49 CFR 391.11(b)(2). FMCSA attaches to this Notice a spreadsheet identifying all such driver-trainees issued an ELDT certificate by CDL Direct, LLC as well as roadside inspection reports for a representative sample of the drivers.

If you have any questions regarding this Notice, or need further information, please contact the TPR team at TPR@dot.gov. Please note that informal inquiries regarding this Notice will not constitute a request for administrative review.

Sincerely,

Patrick D. Nemons
Director, Office of Safety Programs

Enclosures

**CERTIFICATE OF SERVICE**

This is to certify that on **August 31, 2026,** the undersigned served, as specified, the designated number of copies of this document to each of the parties listed below:

| | |
|---|---|
| CDL Direct, LLC<br>1855 N Trawood Drive; Suite #207<br>El Paso, TX 79935 | UPS:1ZA47 6E6 NT 9412 8337<br>Email: ELDT@CDLDirect.com |
| Training Provider Registry | Email: TPR@dot.gov |

Arthur Jackson

Arthur Jackson
Enforcement Program Technician

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**New Jersey State Police**
**Transportation Safety Bureau**
**Email Return: 551ReportReturn@njsp.gov**
**www.nj.gov/njsp/division/homeland-security/TSB.shtml**

**Report Number:** NJSPQZI01857
**Inspection Date:** 01/30/2026
**Start:** 7:50 AM ET **End:** 08:30 AM ET
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

AFS WORLD LLC
2522 STATE RD STE 200
BENSALEM, PA 19020
**USDOT#:** 03168296 **Phone#:** [redacted]
**MC/MX#:** 00116207 **Fax#:** [redacted]
**State#:**

**Driver:** TOSHTEMIROV, BAKHTIYOR
**License#:** [redacted]6015 **State:** PA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** 10N TRUCK PARKING
**Highway:** NJTP
**County:** MIDDLESEX, NJ
**MilePost:** 93
**Origin:** BENSALEM,PA
**Destination:** CARTERET,NJ
**Shipper:**
**Bill of Lading:**
**Cargo:** N/A

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | FRHT | 2023 | PA | [redacted] | 342 | [redacted] | 52,350 | | | |
| 2 | ST | WANC | 2020 | PA | [redacted] | 921 | [redacted] | 68,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 2

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **392.2-SLL** | **392.2** | **D** | **Y** | | **N** | **N** | **State/Local Laws -: Drvier failed to remove all ice/snow off top of vehicle. Violating 39:4-77.1** |
| **391.11B2-Q** | **391.11(b)(2)** | **D** | **Y** | | **N** | **N** | **Driver cannot satisfy the English language proficiency reqs of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the Interview: Inspection could not be completed due to driver's lack of english language and could not answer simple inquiries.** |
| 393.9A-LIL | 393.9(a) | 2 | N | | N | N | Lighting - Identification lamp(s) inoperative: Rear center and left ID lamp inop. |
| 393.9A-LCL | 393.9(a) | 2 | N | | N | N | Lighting - Clearance lamp(s) inoperative: Left rear clearance lamp inop. |
| 392.2-SLL | 392.2 | 2 | N | | N | N | State/Local Laws -: Rear plate of trailer first character of plate blocked by plate light. |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:**

Pursuant to NJAC 13:60 (Federal Motor Carrier Safety Regulations Parts 390, 391, 392, 393, 394, 395, 396, 397) and NJAC 16:49 (Title 49 Code of Federal Regulations Parts 171, 172, 173, 177, 178, and 180). I hereby notify and declare BAKHTIYOR TOSHTEMIROV named on this report OUT OF SERVICE. No motor carrier shall permit or require this driver to drive or operate any motor vehicle until Driver learns english language..

NOTE TO DRIVER: This report must be furnished to the motor carrier whose name appears on this report.

NOTE TO MOTOR CARRIER: The undersigned certifies that all violations noted on this report have been corrected and action taken to assure compliance with New Jersey Law, Federal Motor Carrier Safety and Hazardous Material regulations insofar as they are applicable to motor carriers and drivers on the highways of this state. Please sign the certification below and return this report within fifteen days to the above to a NJSP inspection station, Fax, OR VIA email to 551ReportReturn@njsp.gov . If you would like to dispute any of the above violations please visit https://dataqs.fmcsa.dot.gov/ .
Signature Of Motor Carrier X: ______________________________ Title: __________ Date: _______

Signature Of Motor Carrier X:______________________________ Title:______________________ Date:______________

Report Prepared By: Tpr. I R. Sickles
Badge #: 7151
Copy Received By: BAKHTIYOR TOSHTEMIROV

X______________________________ X______________________________



03168296 NJ NJSPQZI01857

| FIRSTNAME | LASTNAME | TPRID | PROVIDERNAME | TRAINING DATE | INSP_DATE | REPORT_STATE | REPORT_NUMBER |
|---|---|---|---|---|---|---|---|
| WILMER | ALARCON QUINTERO | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/5/2024 | 6/25/2025 | CO | 1749410067 |
| ciro | calderon | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/21/2023 | 7/8/2025 | SD | 5730000735 |
| OYBEK | DJURAKULOV | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 2/17/2025 | 7/8/2025 | PA | N303518931 |
| ADRIAN RAUL | LOPEZ HENRIQUEZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 9/5/2022 | 7/10/2025 | PA | E903519136 |
| Zhasur | Babadzhanov | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 7/13/2025 | 7/12/2025 | IA | 000P15MMX5 |
| VITALIY | MELNYKOV | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 8/5/2024 | 7/12/2025 | WY | PTCH000508 |
| Roman | Zabava | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 2/10/2025 | 7/16/2025 | IA | 000P120DZC |
| FELIPE | PADRON HERNANDEZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 10/28/2024 | 7/26/2025 | SC | 0294000598 |
| RAMZULLO | ZUBAIDOV | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 2/17/2025 | 7/25/2025 | WY | PPCF000465 |
| MARIO | GOMEZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/6/2024 | 7/28/2025 | NC | 0006781780 |
| JESUS DAVID | CURIEL | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 8/25/2024 | 8/2/2025 | KY | CV44890487 |
| PITER ROGER | LAREDO | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/11/2023 | 8/7/2025 | NC | 0006785339 |
| OLEKSII | NECHEPA | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/1/2024 | 8/15/2025 | MT | U250000751 |
| JORGE | PRATS SAN MIGUEL | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/31/2024 | 8/17/2025 | AZ | 7646000047 |
| DARIEL FRANCISCO | CASTILLO | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/13/2023 | 8/15/2025 | IL | 4243660430 |
| Carlos | Jardines | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 2/15/2025 | 8/15/2025 | IN | 4548004142 |
| MUTLU | GUNAYDIN | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 1/8/2025 | 8/19/2025 | GA | 1460000235 |
| Diego | Correa | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 10/30/2024 | 8/25/2025 | PA | K219523747 |
| JOSE LUIS | VALDES FERNANDEZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 6/22/2024 | 8/27/2025 | FL | 9012001676 |
| Vasyl | Maniv | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 2/2/2025 | 8/28/2025 | OH | 3299001110 |
| FELIPE RAMON | ULLOA MIRAMBEAUX | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/13/2024 | 8/29/2025 | PA | M205000065 |
| TOLIB | ESHIMOV | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 4/4/2024 | 9/2/2025 | OK | PE18004049 |
| Vitalii | Mykhailov | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 4/16/2024 | 9/3/2025 | WY | PCDR000491 |
| RAUL | SANTANA | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/1/2025 | 9/1/2025 | TX | V251961599 |
| MAIKEL | MIRANDA MARTINEZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 2/7/2024 | 9/4/2025 | FL | 1934006679 |
| REDEL | BATISTA SANCHEZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/19/2023 | 9/5/2025 | FL | 2409003846 |
| Omar | HernÃ¡ndez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 4/10/2025 | 9/8/2025 | NM | 6060P6ZDL5 |
| AZAM | SAVANKULOV | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/1/2024 | 9/10/2025 | OR | AW43410175 |
| Jose Angel | Tarano Padin | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/12/2022 | 9/9/2025 | TX | V252016806 |
| Jamolbek | Matchanov | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 7/16/2022 | 9/9/2025 | MO | 3512001062 |
| RAUDEL | ACOSTA HERNANDEZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 7/16/2026 | 9/7/2025 | MO | W112007150 |
| ADDIEL | GONZALEZ BONACHEA | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/13/2024 | 9/13/2025 | TN | I033P91541 |

| FIRSTNAME | LASTNAME | TPRID | PROVIDERNAME | TRAINING DATE | INSP_DATE | REPORT_STATE | REPORT_NUMBER |
|---|---|---|---|---|---|---|---|
| CARLOS YASMANY | MORATA ALVAREZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/1/2024 | 9/11/2025 | IA | 000P169N47 |
| FRANSER | VASCO | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 6/22/2023 | 9/15/2025 | FL | 3635000426 |
| Rolando | De Alba | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 9/27/2023 | 9/15/2025 | LA | LASIS00715 |
| ALEXANDER | VALDEZ RODRIGUEZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 10/20/2023 | 9/14/2025 | NM | 3858P75QL5 |
| Olmos | Siddikov | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/14/2023 | 8/27/2025 | IL | 4289480124 |
| ZAZA | MITICHASHVILI | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/1/2025 | 9/17/2025 | PA | XL00092707 |
| ALEXANDER | KUNTCHULIA | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/2/2024 | 9/18/2025 | WY | PAJH000514 |
| Wilfredo | Carballea | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 8/21/2024 | 9/17/2025 | TX | V252014789 |
| Juan C | Alfaro Daniel | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 4/8/2022 | 9/18/2025 | FL | 3245000212 |
| MIGUEL | QUINTANA | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/13/2023 | 9/23/2025 | FL | 3857004116 |
| SERHII | VILKHOVCHENKO | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 10/31/2024 | 9/19/2025 | MT | U568201631 |
| Luhar | Perez Perez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/6/2022 | 9/26/2025 | AR | 8250000266 |
| KELVIN | JIMENEZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 6/27/2024 | 9/29/2025 | VA | 7253001075 |
| Pablo | Dorante | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 6/1/2024 | 10/1/2025 | TN | I035D42106 |
| ernesto | matos | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/29/2024 | 10/1/2025 | FL | 3847001852 |
| Alberto Enrique | Ebanks Pantoja | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 8/23/2023 | 10/2/2025 | FL | 2535003770 |
| Yainier | Diaz Castro | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/18/2024 | 10/6/2025 | IL | 4289900316 |
| ANTONIO | HERNANDEZ MIYARES | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 2/22/2024 | 10/2/2025 | TX | V252044637 |
| Jorge | Arias Moriilo | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/8/2022 | 10/8/2025 | KS | HP93344172 |
| Khasen | Khatshukov | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/13/2024 | 10/9/2025 | MS | 1032015345 |
| KAREL BARBARO | FUENTES RABELO | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/18/2025 | 10/9/2025 | FL | 5502005283 |
| George | Borges Calderin | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 6/21/2022 | 10/12/2025 | NM | 3181P7X4PG |
| Jose Antonio | Castro Alonso | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 1/19/2023 | 10/14/2025 | FL | 3528006744 |
| ADDIEL | PEDRAZA PEREZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/9/2024 | 10/16/2025 | AL | 1525003386 |
| Asiel | Rodriguez Rodriguez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/11/2024 | 10/18/2025 | AZ | 1144100351 |
| LUIS | RAMIREZ AMADO | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 8/22/2022 | 10/20/2025 | WY | PAMK000124 |
| SARDOR ORIF JON UGLI | MURTAZIN | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 8/2/2024 | 10/15/2025 | IN | 9702004284 |
| Juan Miguel | Troche Madera | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 10/20/2022 | 10/23/2025 | KS | HP00600348 |
| Juan | valdes | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 9/7/2023 | 10/23/2025 | FL | 4895001366 |
| JORGE | HERNANDEZ CEPERO | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 9/25/2023 | 10/22/2025 | AR | 7070000871 |
| destin | prophete | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 9/18/2022 | 10/27/2025 | AR | 8200000305 |
| Andres | Perez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 1/23/2026 | 10/29/2025 | FL | 3943000922 |
| Leonardo Andres | Castro Gonzalez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/3/2022 | 10/27/2025 | WA | X764000733 |
| JHOAN | PINZON SUAREZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 1/5/2025 | 11/2/2025 | AR | 5820001096 |

| FIRSTNAME | LASTNAME | TPRID | PROVIDERNAME | TRAINING DATE | INSP_DATE | REPORT_STATE | REPORT_NUMBER |
|---|---|---|---|---|---|---|---|
| RAYSET | LOPEZ PEREIRA | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/18/2024 | 11/10/2025 | FL | 5502005349 |
| Fakhriddin | Baratov | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/4/2024 | 11/10/2025 | KS | HP02951056 |
| MURAT | BARTIK | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 1/10/2025 | 11/13/2025 | NE | T303001033 |
| ELVA | PIERRE | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 6/26/2024 | 11/17/2025 | FL | 3209009699 |
| Enrique | Casanova Toranzo | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 10/20/2022 | 11/22/2025 | AL | 1925001720 |
| Jose | Garcia Garcia | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/23/2024 | 11/16/2025 | FL | 9009000945 |
| Onan | Ordonez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 4/13/2025 | 12/1/2025 | FL | 5502005350 |
| MURODALI | SHODIEV | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 1/13/2025 | 12/3/2025 | CO | 1466670116 |
| Vitalii | Tereziuk | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 10/31/2024 | 12/7/2025 | PA | B408534189 |
| Midiel | Amador | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 9/1/2024 | 12/8/2025 | PA | E929534253 |
| RAUL ANTONIO | DIAZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/13/2023 | 12/10/2025 | FL | 9004001240 |
| Yusneivy | Lastre Munoz | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 10/31/2022 | 12/11/2025 | FL | 3572006981 |
| Mirley | Abreu Leyva | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 10/13/2022 | 12/11/2025 | TX | V252114127 |
| Daniel | Martin Alvarez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/6/2022 | 12/17/2025 | AL | 1525003569 |
| YULIEXI | ACOSTA ARROYO | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 2/26/2025 | 12/19/2025 | FL | 3059008151 |
| Ricardo | Perez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 8/13/2024 | 12/17/2025 | TX | 7BEB9DPXWE |
| LUIS | AVILA PICHARDO | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/15/2024 | 12/23/2025 | IL | 5012420036 |
| VICTOR | GARCIA PINO | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 10/27/2022 | 12/27/2025 | AR | 7640000757 |
| fakhriddin | makhmudov | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 8/30/2024 | 12/31/2025 | MO | W116006790 |
| GIANFRANCO VINCENZO | DI CARLO | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/21/2025 | 12/31/2025 | NV | 7165029456 |
| FELIX | RODRIGUEZ PEREZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 7/4/2023 | 1/13/2026 | FL | 2980000702 |
| ENMANUEL | MENDEZ MARQUEZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 8/7/2023 | 1/14/2026 | PA | C111002295 |
| ORAZDURDY | HAYTOVOV | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/19/2023 | 1/15/2026 | PA | E953601521 |
| Arley | Chinique | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 9/9/2024 | 1/14/2026 | GA | 1384001321 |
| Jose | Zulueta | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 4/11/2023 | 1/15/2026 | TX | V262161794 |
| ABDULLAH | KOROGLU | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/13/2024 | 1/21/2026 | CT | 0662000137 |
| Yohan | Blanco | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/1/2022 | 1/20/2026 | CA | UCRE003327 |
| Camilo | Acosta | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 8/28/2023 | 1/21/2026 | FL | 3635000478 |
| SHAROFIDDIN | GHOIBOV | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 4/27/2024 | 2/2/2026 | PA | T602603384 |
| BONDO | BERELIDZE | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 1/14/2024 | 2/6/2026 | MT | U839100319 |
| AZIZ | MUZAFFER | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 9/26/2024 | 2/6/2026 | MT | U839100320 |
| Humberto | Liazno Perez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 6/19/2025 | 2/4/2026 | TX | V262191576 |
| QIANG | ZHANG | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 9/19/2024 | 2/9/2026 | AZ | 1020900461 |
| RANYER | HONDAR MAQUEIRA | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 6/6/2023 | 2/9/2026 | IN | 8873000793 |
| YONISMILER | GONZALEZ MEJIA | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 1/29/2023 | 2/11/2026 | FL | 5502005396 |

| FIRSTNAME | LASTNAME | TPRID | PROVIDERNAME | TRAINING DATE | INSP_DATE | REPORT_STATE | REPORT_NUMBER |
|---|---|---|---|---|---|---|---|
| ANDY | ALMARALES RAVELO | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 10/19/2022 | 2/13/2026 | AL | 1297002266 |
| Eliades | Noguerol | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 10/10/2024 | 2/13/2026 | TX | V262221148 |
| BEKA | LILUASHVILI | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 1/28/2025 | 2/18/2026 | MO | W124002736 |
| YASMANI | GUETE HERNANDEZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 8/7/2025 | 2/16/2026 | TX | V262191951 |
| Isomov | Shakhboz | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 2/13/2024 | 2/18/2026 | IN | 1028700325 |
| DAYRON | FERRER FIT | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 6/18/2025 | 2/24/2026 | NM | 3858Q1JRND |
| Luis Enrique | Radames Moya | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 6/25/2022 | 2/25/2026 | IN | 9633000006 |
| Adolfo | Rodriguez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/17/2023 | 3/4/2026 | TX | 7DJC9DGI6B |
| Osvel | Gonzalez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 2/5/2025 | 3/5/2026 | FL | 3053000076 |
| Eugenio | Iznaga | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 7/30/2022 | 3/5/2026 | FL | 3572007133 |
| DILMUROD | BOBOKULOV | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/4/2024 | 3/10/2026 | IA | 000P13P4V2 |
| Damian | Fernandez Perez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/4/2022 | 3/11/2026 | FL | 3120009667 |
| MIGUEL ALEJANDRO | BRINAS | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/16/2024 | 3/16/2026 | FL | 1934006815 |
| MANUEL | PINEIRO PACHECO | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 2/27/2025 | 3/17/2026 | FL | 4434000092 |
| YOEL | HERNANDEZ SALAZAR | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 4/7/2024 | 3/18/2026 | NM | 3181Q258ZF |
| Jorge | Lopez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/9/2024 | 3/20/2026 | TN | I5Z1920206 |
| BAKHTIYOR | TOSHTEMIROV | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/27/2024 | 1/30/2026 | NJ | SPQZI01857 |
| Alexis | Garcia Diaz | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/14/2025 | 3/20/2026 | NC | 0006858176 |
| RAYDEL | ARMENTEROS BOBADILLA | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/18/2022 | 3/24/2026 | AL | 1489003091 |
| YAIMEL | GONZALEZ DIAZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 2/26/2025 | 3/24/2026 | AL | 1930001805 |
| jean thomas | brice | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/27/2024 | 3/22/2026 | OK | PE21002144 |
| Arman | Sultanov | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/4/2026 | 3/24/2026 | IL | 4248130054 |
| JAMSHIT | KHAYDAROV | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 7/24/2024 | 3/25/2026 | CA | UGA8000748 |
| LEVANI | OUMPILAVA | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 4/7/2025 | 3/31/2026 | MT | U532001275 |
| VISDELMY | ROJAS COLUMBIE | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 6/14/2025 | 3/25/2026 | TX | V262268471 |
| KONSTANTIN | METELNIKOV | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/28/2024 | 4/2/2026 | OK | PE20160958 |
| Jose | Cruz | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 1/15/2023 | 4/1/2026 | FL | 3635000664 |
| Eduardo Jr | Salas | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/27/2024 | 4/4/2026 | AL | 1879001028 |
| JORGE | AMADOR SIERRA | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/14/2024 | 4/4/2026 | FL | 3434001376 |
| FOZILJON | YULDASHEV | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 1/17/2025 | 4/7/2026 | NE | T121000561 |
| Carlos | Gonzalez Rodriguez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 6/10/2022 | 4/9/2026 | CO | 1081541135 |
| yoan | hernandez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/9/2024 | 4/9/2026 | FL | 9015000106 |
| Manuel | Balbuena | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/18/2022 | 4/11/2026 | TX | 7ELA9DKAHD |
| Eduardo | Frometa Frometa | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 9/17/2022 | 4/7/2026 | TX | V262280917 |

| FIRSTNAME | LASTNAME | TPRID | PROVIDERNAME | TRAINING DATE | INSP_DATE | REPORT_STATE | REPORT_NUMBER |
|---|---|---|---|---|---|---|---|
| Nelson | Bernal Bernal | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 8/22/2022 | 4/15/2026 | FL | 3253009139 |
| Adrian | Molinet Jaime | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 1/4/2023 | 4/17/2026 | FL | 2103008149 |
| Eddy | Rodriguez Izquierdo | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/13/2023 | 4/23/2026 | FL | 3557000497 |
| Enel | Cruz Sanchez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 6/25/2022 | 4/24/2026 | SC | 0413000607 |
| VITALIY VASILYEVICH | KUKUYAN | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 4/30/2025 | 5/1/2026 | WY | PDJS000577 |
| ROILAN | MENENDEZ MORALES | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 9/6/2024 | 5/4/2026 | TN | I033HJ1452 |
| Obiel | Zamora | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 9/12/2022 | 5/6/2026 | AZ | BE44140385 |
| Felix | Cabrera Premiot | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 10/19/2022 | 4/30/2026 | TX | 7F459DACLF |
| Ivan | Genoves Nunez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 7/15/2022 | 5/6/2026 | FL | 9008001909 |
| Jose | Anache Araujo | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 7/20/2022 | 5/4/2026 | MO | 5253002731 |
| SANDY | YANEZ FERNANDEZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/5/2024 | 5/14/2026 | FL | 9012001938 |
| JUAN DANIEL | CEDENO JEREZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 9/24/2025 | 5/20/2026 | FL | 3704001778 |
| ALLHAN | ARIEL PEREZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/25/2025 | 5/20/2026 | FL | 5502005580 |
| Elier | Carnero Lomichar | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/14/2024 | 5/21/2026 | FL | 3857004480 |
| SEBASTIAN PATRICIO | VILLAGRAN CONTRERAS | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 6/19/2025 | 5/21/2026 | UT | 25GR001631 |
| WILIAN PATRICIO | QUINLLIN | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 4/22/2024 | 5/22/2026 | TN | I034BP1565 |
| Lauberto | Zamora | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 2/18/2025 | 5/27/2026 | AL | 1118008057 |
| Leniel | Estopinan | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 9/13/2022 | 5/27/2026 | TX | V262369820 |
| Wilian | Vazquez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 1/25/2024 | 6/2/2026 | FL | 1934006899 |
| Yurisvel | Fuentes Angulo | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 4/29/2022 | 6/1/2026 | IL | 5005120609 |
| Walter | Sein | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/22/2025 | 6/4/2026 | FL | 3943001163 |
| melvin | molina | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/18/2024 | 6/3/2026 | TX | V262405910 |
| BEKZOD | MUZAPPAROV | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 10/28/2024 | 6/8/2026 | CO | 1814350002 |
| Luis | Perez | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 12/1/2023 | 6/10/2026 | FL | 5011000053 |
| LUIS | PILOZO CHAVEZ, | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 9/23/2024 | 6/11/2026 | NY | M608000348 |
| RYSKELDI | TOLOGONOV | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/7/2023 | 6/9/2026 | IN | 5956002213 |
| Reinaldo | Cedeno Iglesias | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 1/27/2025 | 6/4/2026 | TX | 7G3E9DMNL9 |
| Ram | Biswa | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/29/2022 | 6/18/2026 | MT | U777401215 |
| NEUVER JAVIER | CASTRILLON POLANCO | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 5/14/2022 | 6/22/2026 | FL | 1934006929 |
| Volodymyr | Derpoliuk | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 2/14/2025 | 6/23/2026 | WA | 2134001514 |
| KEVIS MIGUEL | ESCALONA GONZALEZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 1/30/2026 | 6/26/2026 | TX | V262441475 |
| RUBEN | CHAVEZ MARTINEZ | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/11/2023 | 7/1/2026 | FL | 3557000566 |
| Rodney | Fils Aime | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/16/2022 | 7/15/2026 | NM | 6695Q5GRBS |
| Wismay | Girao amador | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 3/4/2022 | 7/14/2026 | FL | 3209000460 |

| FIRSTNAME | LASTNAME | TPRID | PROVIDERNAME | TRAINING DATE | INSP_DATE | REPORT_STATE | REPORT_NUMBER |
|---|---|---|---|---|---|---|---|
| YURII | HUTSUL | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 11/7/2024 | 7/21/2026 | AL | 1082005356 |
| KANSTANTSIN | ANDRUKHIN | 0e7e7fd8-eb40-4184-83d8-1b71ec1c9c1b | CDL Direct, LLC | 7/22/2023 | 7/17/2026 | CA | UE9Q005724 |

ARTHUR JACKSON
410-897-7729
FMCSA-ESC
31 HOPKINS PLAZA
BALTIMORE MD 21201

LTR 1 OF 1

**SHIP TO:**
CDL DIRECT, LLC
SUITE #207
1855 N TRAWOOD DRIVE
**EL PASO TX 79935**

**TX 799 9-03**

**UPS NEXT DAY AIR** **1**

TRACKING #: 1Z A47 6E6 NT 9412 8337

BILLING: P/P
ATTENTION UPS DRIVER: SHIPPER RELEASE

CS 26.0.07. WNTNV50 35.0A 08/2026*

FOLD HERE

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.
2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.
3. **GETTING YOUR SHIPMENT TO UPS**
**Customers with a Daily Pickup**
Your driver will pickup your shipment(s) as usual.

**Customers without a Daily Pickup**
Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
Hand the package to any UPS driver in your area.
Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**PA State Police - Commercial Vehicle Safety Div.**
**1800 Herr Street (Tent Bldg)**
**Harrisburg, PA 17103-1540**
**Fax: (717)772-1558**
**Data Challenges : http://dataqs.fmcsa.dot.gov**

**Report Number:** PAN303518931
**Inspection Date:** 07/08/2025
**Start:** 3:18 PM ET **End:** 03:45 PM ET
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

TIMA GLOBAL INC
1575 WEST STREET RD UNIT 822
WARMINSTER, PA 18974
**USDOT#:** 04242919 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** DJURAKULOV, OYBEK
**License#:** [redacted]4355 **State:** PA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** ON ROUTE 115 AT ITS INTERSECTI
**Highway:** ON ROUTE 115 AT ITS INTER
**County:**

**MilePost:**
**Origin:** IMPERIAL, PA
**Destination:** AKRON, OH

**Shipper:** TIMA GLOBAL INC
**Bill of Lading:**
**Cargo:** EMPTY

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | FRHT | 2019 | PA | [redacted] | 84 | [redacted] | 53,300 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 395.24D-ELDPT | 395.24D-ELDPT | D | N | | N | N | HOS (ELD) - ON REQUEST BY AN AUTHORIZED SAFETY OFFICIAL, A DRIVER MUST PRODUCE AND TRANSFER FROM AN ELD THE HOS; DRIVER DID NOT KNOW HOW TO SEND LOGS |
| 391.11B2-Q | 391.11B2-Q | D | N | | N | N | DRIVER CANNOT READ AND SPEAK THE ENGLISH LANGUAGE SUFFICIENTLY TO CONVERSE WITH THE GENERAL PUBLIC |
| 395.8A | 395.8A | D | N | | N | N | HOS (FORM) - PAPER LOG/LOGGING PROGRAMS FORM AND MANNER; DRIVER COULD NOT PROVIDE ME WITH ELD USER MANUAL WHEN ASKED |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:** Traffic Enforcement;

DRIVER: This report MUST be furnished to the motor carrier within 24 hours, ALL out of service violations must be corrected prior to operation. All other violations must be corrected within 15 days or before the Vehicles next trip, whichever comes first. REPAIR OF VEHICLE OUT-OF-SERVICE DEFECTS: I hereby certify that the vehicle out-of-service defects noted on this report have been satisfactorily repaired.

Signature Of Repairer X:________________ Facility:________________ Date:________________

All violations listed on this report which are not designated as out-of-service MUST be corrected within 15 days OR before the vehicle's next trip, WHICHEVER OCCURS FIRST. If out of service violations are listed, they MUST be corrected in accordance with the out of service statement listed on this report. RETURN ADDRESS: Sign and return this report ONLY if violations are entered in the violation section. Email or Mail it to the Pennsylvania State Police at the Address or Email listed in the upper left corner of this report. DO NOT SEND TRAFFIC CITATIONS OR ANY PAYMENTS TO THIS ADDRESS. If issued, Citations MUST be returned to the COURT whose address appears on the top left of the citation.For more information visit our web site at: http://cvsd.pa.govMOTOR CARRIER CERTIFICATION: The undersigned certifies that all violations on this report have been corrected and action has been taken to ensure compliance with the Motor Carrier Safety and HM Regulations insofar as they are applicable to motor carriers and drivers. This certification MUST BE SIGNED by the Motor Carrier and returned WITHIN 15 DAYS to the return address, as instructed above.

Signature Of Motor Carrier X:________________ Title:________________ Date:________________

Report Prepared By: KEVIN WESOLOWSKI
Badge #: 14336
Copy Received By: OYBEK DJURAKULOV

X________________ X________________



04242919 PA PAN303518931

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**PA State Police - Commercial Vehicle Safety Div.**
**1800 Herr Street (Tent Bldg)**
**Harrisburg, PA 17103-1540**
**Fax: (717)772-1558**
**Data Challenges : http://dataqs.fmcsa.dot.gov**

**Report Number:** PAN303518931
**Inspection Date:** 07/08/2025
**Start:** 3:18 PM ET **End:** 03:45 PM ET
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

TIMA GLOBAL INC
1575 WEST STREET RD UNIT 822
WARMINSTER, PA 18974
**USDOT#:** 04242919 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** DJURAKULOV, OYBEK
**License#:** [redacted]4355 **State:** PA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

STOPPED FOR INSPECTION. DRIVER COULDN'T UNDERSTAND ENGLISH. DRIVER COULDN'T TRANSFER ELD LOGS/ DIDN'T KNOW HOW. DRIVER COULDN'T PROVIDE ME WITH INSTRUCTION SHEET AND USER MANUAL FOR ELD.

## Special Studies

No Special Study Data Recorded

Report Prepared By: KEVIN WESOLOWSKI
Badge #: 14336
Copy Received By: OYBEK DJURAKULOV

X____________________ X____________________



04242919 PA PAN303518931

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Kansas Highway Patrol**
**Email: Khp.TruckInspection@KS.GOV**
**700 SW Jackson, Ste 704**
**Topeka, KS 66603**
**Phone: (785)296-7189 Fax: (785)296-2858**

**Report Number:** KSHP02951056
**Inspection Date:** 11/10/2025
**Start:** 9:55 AM CT **End:** 11:16 AM CT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

GOLDEN BELL EXPRESS
5048 ROSS RIDGE
MORROW, OH 45152
**USDOT#:** 03450522 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** BARATOV, FAKHRIDDIN
**License#:** [redacted]8660 **State:** PA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** I135 **MilePost:** 19 **Shipper:** NONE
**Highway:** **Origin:** WICHITA, KS **Bill of Lading:** NONE
**County:** SEDGWICK, KS **Destination:** NEWTON, KS **Cargo:** EMPTY

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TR | FRHT | 2021 | OH | [redacted] | 777 | [redacted] | 52,500 | | | |
| 2 | ST | HYTR | 2019 | TN | [redacted] | KR211765 | [redacted] | 68,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-S** | **391.11(b)(2)** | **D** | **Y** | | **N** | **N** | **Driver cannot satisfy English lang proficiency reqs of 391.11(b)(2) per FMCSA Guidance Memo MC-SEE-2025-0001. Driver failed the Highway Traffic Sign Assessment: Driver could only explain 1 of the 4 signs** |
| **395.8K2-HOSP** | **395.8(k)(2)** | **D** | **Y** | | **N** | **N** | **HOS (Property) - Failing to have in possession RODS for the previous seven consecutive days and available for inspection while on duty: driver said he drove on 11-3 and 11-4-25 for a prior company failed to have logs in his possession** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:**

* NOTE TO MECHANIC: The undersigned certifies that all mechanical defects listed on this report HAVE BEEN CORRECTED at the time of signature.

Signature Of Repairer X:________________ Facility:________________ Date:__________

NOTE TO DRIVER: This report must be furnished to the motor carrier whose name appears at the top of this report. [49 CFR 396.9(d)(1)].
NOTE TO MOTOR CARRIERS: Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 396.9(d)(3), within 15 days of the inspectionsign below certifying all violations noted on this report have been corrected. Return the completed form to the address indicated on the upper leftcorner of the form, AND retain a copy at the principal place of business or where the vehicle is housed for 12 months from the date of the inspection.Failure to return this report with the required certification can result in penalties up to $1,000 per day for each day the violation continues, up to a total of $10,000.

Signature Of Motor Carrier X:________________ Title:________________ Date:__________

**Report Prepared By:** J.W. DRYDEN **Badge #:** 0295 **Copy Received By:** FAKHRIDDIN BARATOV

X________________ X________________



03450522 KS KSHP02951056

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Kansas Highway Patrol**
**Email: Khp.TruckInspection@KS.GOV**
**700 SW Jackson, Ste 704**
**Topeka, KS 66603**
**Phone: (785)296-7189 Fax: (785)296-2858**

**Report Number:** KSHP02951056
**Inspection Date:** 11/10/2025
**Start:** 9:55 AM CT **End:** 11:16 AM CT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

GOLDEN BELL EXPRESS
5048 ROSS RIDGE
MORROW, OH 45152
**USDOT#:** 03450522 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** BARATOV, FAKHRIDDIN
**License#:** [redacted]8660 **State:** PA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

Driver stated that on 11-3-2025 he drove for KG Caravan and drove from California to Chicago and the last day with that company was 11-4-2025. Driver could not produce the log book for the those days. Driver was given the highway traffic sign assessment and failed to property explain the meaning of sign number 8, 12, 25. driver was able to property explain sign number 1. Driver could read the words and was unable to explain the meaning of it. and kept repeating what was written. Driver was placed out service at milepost 23 along I135 at the rest area per his request. driver was asked if he wanted to go to a truck stop but he said he did not need food. Driver's primary language was Uzbek. He's been in US for about 2.5 years. Driver seemed to mostly be able to understand us, but struggled more with his communication. *** DataQ #6047558, 04/27/2026. Carrier assignment. Wanted it changed to USDOT #4089066, Casa Transportation LLC. Truck markings, driver confirmation and ELD all point to Golden Bell. Golden Bell has also filed multiple DataQs this year wanting carrier assignment changed. Casa has 20 trucks and drivers with only 9 inspections since 12/2023. Golden Bell has 6 trucks, 7 drivers, 128 inspections back to 06/2022. I believe this carrier is trying to move bad inspections to another company. DataQ denied. NBW/K100 ***.

## Special Studies

No Special Study Data Recorded

Report Prepared By: J.W. DRYDEN
Badge #: 0295
Copy Received By: FAKHRIDDIN BARATOV

X______________________ X______________________



03450522 KS KSHP02951056

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**PA State Police - Commercial Vehicle Safety Div.**
**1800 Herr Street (Tent Bldg)**
**Harrisburg, PA 17103-1540**
**Fax: (717)772-1558**
**Data Challenges : http://dataqs.fmcsa.dot.gov**

**Report Number:** PAE953601521
**Inspection Date:** 01/15/2026
**Start:** 1:11 PM ET **End:** 02:00 PM ET
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

RYAN XPRESS LLC
106 PLEASANT VIEW CT
PITTSBURGH, PA 152364575
**USDOT#:** 03808874 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** HAYTOVOV, ORAZDURDY
**License#:** [redacted]2448 **State:** PA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** I-76 EAST AT MILE MARKER 147.3 **MilePost:** 147.3 **Shipper:** AMAZON
**Highway:** **Origin:** GREENFIELD, IN **Bill of Lading:** 12V588HY
**County:** **Destination:** FRACKVILLE, PA **Cargo:** GENERAL FREIGHT

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | VOLV | 2016 | NY | [redacted] | 1072 | [redacted] | 50,350 | | | |
| 2 | ST | WANC | 2025 | IN | [redacted] | 2500149 | [redacted] | 68,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-S** | **391.11B2-S** | **D** | **Y** | | **U** | **N** | **DRIVER CANNOT SATISFY THE ENGLISH LANGUAGE PROFICIENCY REQUIREMENTS OF 391.11(B)(2) AS PER FMCSA ENFORCEMENT GUIDANCE MEMO MC-SEE-2025-0001. DRIVER FAILED THE HI** |
| 390.21TC-MC | 390.21TC-MC | 1 | N | | N | N | IMPROPER SIZE/LOCATION/COLOR OF REQUIRED CMV MARKING(S) NAME & DOT NUMBER DISPLAYED ON BOTH SIDE OF THE TRUCK UNABLE TO READ FROM 50'. CHARACTER SIZE @ 1/2" |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:**

Pursuant to section 4704(C) of the Vehicle Code, I hereby declare the driver ORAZDURDY HAYTOVOV named in this Driver Vehicle Inspection Report to be "Out of Service" until 2005--0 ::00. ORAZDURDY HAYTOVOV shall not operate, nor shall any motor carrier permit or cause said driver to drive or operate, any commercial motor vehicle(s) until @TIME.

DRIVER: This report MUST be furnished to the motor carrier within 24 hours, ALL out of service violations must be corrected prior to operation. All other violations must be corrected within 15 days or before the Vehicles next trip, whichever comes first. REPAIR OF VEHICLE OUT-OF-SERVICE DEFECTS: I hereby certify that the vehicle out-of-service defects noted on this report have been satisfactorily repaired.

Signature Of Repairer X:__________ Facility:__________ Date:__________

All violations listed on this report which are not designated as out-of-service MUST be corrected within 15 days OR before the vehicle's next trip, WHICHEVER OCCURS FIRST. If out of service violations are listed, they MUST be corrected in accordance with the out of service statement listed on this report. RETURN ADDRESS: Sign and return this report ONLY if violations are entered in the violation section. Email or Mail it to the Pennsylvania State Police at the Address or Email listed in the upper left corner of this report. DO NOT SEND TRAFFIC CITATIONS OR ANY PAYMENTS TO THIS ADDRESS. If issued, Citations MUST be returned to the COURT whose address appears on the top left of the citation.For more information visit our web site at: http://cvsd.pa.govMOTOR CARRIER CERTIFICATION: The undersigned certifies that all violations on this report have been corrected and action has been taken to ensure compliance with the Motor Carrier Safety and HM Regulations insofar as they are applicable to motor carriers and drivers. This certification MUST BE SIGNED by the Motor Carrier and returned WITHIN 15 DAYS to the return address, as instructed above.

Signature Of Motor Carrier X:__________ Title:__________ Date:__________

Report Prepared By: Paul Burns
Badge #: 08781
Copy Received By: ORAZDURDY HAYTOVOV

X__________ X__________



03808874 PA PAE953601521

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**PA State Police - Commercial Vehicle Safety Div.**
**1800 Herr Street (Tent Bldg)**
**Harrisburg, PA 17103-1540**
**Fax: (717)772-1558**
**Data Challenges : http://dataqs.fmcsa.dot.gov**

**Report Number:** PAE953601521
**Inspection Date:** 01/15/2026
**Start:** 1:11 PM ET **End:** 02:00 PM ET
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

RYAN XPRESS LLC
106 PLEASANT VIEW CT
PITTSBURGH, PA 152364575
**USDOT#:** 03808874 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** HAYTOVOV, ORAZDURDY
**License#:** [redacted]2448 **State:** PA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

NO PICTURES, SEE ELP SIGN PRINTOUT.DRIVER USED ANOTHER PERSON/BOSS TO TALK TO THIS OFFICER. THE SIGN CHART WAS USED, 3 SIGNS WERE CHOSEN. DRIVER UNABLE TO IDENTIFY OR DESCRIBE THEIR MEANINGS.

## Special Studies

No Special Study Data Recorded

Report Prepared By: Paul Burns
Badge #: 08781
Copy Received By: ORAZDURDY HAYTOVOV

X______________________________ X______________________________



03808874 PA PAE953601521

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Georgia Department of Public Safety**
**Region H**
**PO Box 1456**
**Atlanta, GA 30371-1456**
**404-624-7211**

**Report Number:** GA1460000235
**Inspection Date:** 08/19/2025
**Start:** 1:55 PM ET **End:** 02:20 PM ET
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

GAMBOA LOGISTIC INC
2750-B INDIAN RIPPLE RD SUITE
BEAVERCREEK, OH 45440
**USDOT#:** 02566250 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** GUNAYDIN, MUTLU
**License#:** [redacted]2808 **State:** PA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** I-75 SB,Valdosta
**Highway:**
**County:** LOWNDES, GA
**MilePost:** 23
**Origin:** ATLANTA, GA
**Destination:** LAKELAND, FL
**Shipper:** Sam's DC
**Bill of Lading:** 003700080000000
**Cargo:** General Freight

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | KW | 2020 | OH | [redacted] | 001 | [redacted] | 52,000 | | | |
| 2 | ST | GDAN | 2016 | IN | [redacted] | 116779 | [redacted] | 68,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 395.24 | 395.24 | D | N | | N | N | HOS (ELD) - ELD Form and Manner: Violation Date: 08/19/2025; 395.24(c)(1)(iii) Driver failed to provide output comment when directed. Driver handed ELD to officer for officer to transfer logs. |
| **391.11B2-Q** | **391.11(b)(2)** | **D** | **Y** | | **U** | **N** | **Driver cannot satisfy the English language proficiency requirements of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the I: Driver operating a CMV unable to communicate with weight inspector and officer about load.** |
| 392.2-SLLEWA1 | 32-6-26 (A2500) | D | N | | N | N | State/Local Laws - Excessive weight - 1-2500 lbs over on an axle/axle groups.: Driver operating a CMV while overweight. Axles 2 and 3 in tandem weighed 36320 lbs when allowed 34000 lbs. Overweight 2320 lbs. |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:** Size & Weight; eScreen Inspection

Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 395.13, I hereby notify and declare the driver: MUTLU GUNAYDIN named on this report OUT OF SERVICE. No motor carrier shall permit or require this driver to drive or operate any motor vehicle until: Driver meets English language proficiency requirements. . Penalties up to $10,000 are prescribed for violating this out-of-service order (49 CFR 386.82).

The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Materials Regulations insofar as they are applicable to motor carriers and drivers. False certifications of the required repairs are required to be prosecuted with penalties up to $10,000.

Signature Of Repairer X:______________________ Facility:______________________ Date:____________

NOTE TO DRIVER: This report must be furnished to the motor carrier whose name appears at the top of this report. [49 CFR 396.9(d)(1)].\nNOTE TO MOTOR CARRIERS: Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 396.9(d)(3), within 15 days of the inspection sign below certifying all violations noted on this report have been corrected. Return the completed form to the address indicated on the upper left corner of the form, AND retain a copy at the principal place of business or where the vehicle is housed for 12 months from the date of the inspection. Failure to return this report with the required certification can result in penalties up to $1,000 per day for each day the violation continues, up to a total of $10,000.

Signature Of Motor Carrier X:______________________ Title:______________________ Date:____________

Report Prepared By: C. Garey
Badge #: 1460
Copy Received By: MUTLU GUNAYDIN

X______________________ X______________________



02566250 GA GA1460000235

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Georgia Department of Public Safety**
**Region H**
**PO Box 1456**
**Atlanta, GA 30371-1456**
**404-624-7211**

**Report Number:** GA1460000235
**Inspection Date:** 08/19/2025
**Start:** 1:55 PM ET **End:** 02:20 PM ET
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

GAMBOA LOGISTIC INC
2750-B INDIAN RIPPLE RD SUITE
BEAVERCREEK, OH 45440
**USDOT#:** 02566250 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** GUNAYDIN, MUTLU
**License#:** [redacted]2808 **State:** PA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

395.24C1III-ELDDOF. Driver OOS for not having English proficiency. Driver had to call someone to communicate with weight inspector and did not understand simple questions asked about his load.

## Special Studies

No Special Study Data Recorded

| Report Prepared By: | Badge #: | Copy Received By: |
|---|---|---|
| C. Garey | 1460 | MUTLU GUNAYDIN |

X____________________________ X____________________________



02566250 GA GA1460000235