# COMPOSITE EXHIBIT B

**U.S. Department of Transportation**

**Federal Motor Carrier Safety Administration**

**1200 New Jersey Ave, SE**
**Washington, DC 20590**

**August 31, 2026**

# Notice of Emergency Removal from the Federal Motor Carrier Safety Administration's Entry Level Driver Training Provider Registry

ELDT Direct, LLC
11801 Pierce St. Suite 200
Riverside, CA 92505
Attention: Training Provider Owner/Operator/Administrator

**Delivery via UPS:1ZA476E6NT94957174**
**Delivery via Electronic Mail: ELDT@CDLDirect.com**

RE: ELDT Direct, LLC
Training Provider Registry (TPR) Id. No(s).: f371c61f-b378-400d-b319-f69c760c4b2d

Training Provider Owner/Operator/Administrator:

The Federal Motor Carrier Safety Administration ("FMCSA" or "Agency") provides notice that ELDT Direct, LLC was immediately removed from the active listing on FMCSA's Entry-Level Driver Training Provider Registry (TPR) on August 31, 2026. This Notice applies to you, your employees, representatives, and each of your locations. FMCSA removed ELDT Direct, LLC, under the authority of 49 U.S.C. § 31305(c)(5) and 49 CFR 380.723(e), because:

(1) The public health, interest and safety required ELDT Direct, LLC's immediate removal from the TPR, and

(2) ELDT Direct, LLC's willful disregard of the regulations required its immediate removal from the TPR.

**EFFECTIVE IMMEDIATELY ELDT DIRECT, LLC AND ITS REPRESENTATIVE(S) MUST CEASE ALL OPERATIONS AS A TRAINING PROVIDER. THIS PROHIBITION**

**INCLUDES, BUT IS NOT LIMITED TO THE FOLLOWING ACTIONS.**
**ELDT DIRECT, LLC MUST NOT:**

1. Administer any of the training curricula set forth in 49 CFR Part 380, Subpart G, Appendices A through E (FMCSA's ELDT Curriculum), of the Federal Motor Carrier Safety Regulations (FMCSRs).
2. Utilize any virtual, classroom, range, or public facilities or roadways to provide ELDT instruction of any kind on or utilizing FMCSA's ELDT Curriculum.
3. Utilize any vehicles or equipment to conduct any ELDT behind-the-wheel (BTW) training.
4. Utilize any training instructors employed by or on behalf of ELDT Direct, LLC to conduct ELDT instruction.
5. Issue certificate(s) of completion to individuals who have completed FMCSA's ELDT Curriculum administered by ELDT Direct, LLC or on behalf of ELDT Direct, LLC.
6. Transmit any ELDT training certification records for any individual through the TPR website.
7. Make any representations that ELDT Direct, LLC is a training provider under FMCSA's ELDT regulations or hold yourself out as a training provider listed on the TPR.
8. Enroll any new students on behalf of ELDT Direct, LLC for the purpose of training students in accordance with FMCSA's ELDT Curriculum.

**BASIS FOR EMERGENCY REMOVAL**

The Agency's immediate removal of all known locations ELDT Direct, LLC from active listing on the TPR is based on the following:

*Legal Basis*

1. Under 49 CFR 380.719(a)(1), to be eligible for continued listing on the TPR, a provider must meet the requirements of 49 CFR Part 380, Subpart G and the applicable requirements of § 380.703.
2. FMCSA may remove a provider from the TPR under 49 CFR 380.721 when a provider fails to meet or maintain any of the qualifications established by 49 CFR Part 380, Subpart G or the requirements of other State and Federal regulations applicable to the provider.
3. FMCSA may consider removing a provider from the TPR after an audit or investigation, conducted by FMCSA or its authorized representatives, identifies material deficiencies, pertaining to the training provider's program, operations, or eligibility. 49 CFR 380.721(a)(3).
4. In accordance with 49 CFR 380.723(e), FMCSA may immediately remove any training provider and/or any training provider's location(s) engaged in fraud, criminal behavior, or willful disregard of the regulations in Subpart G of 49 CFR Part 380, or when the public health, interest, or safety requires immediate action.
5. ELDT Direct, LLC is an ELDT training provider listed on the TPR.

*Emergency Removal on the Basis of the Public Health, Interest, or Safety*

6. *FMCSA removed ELDT Direct, LLC from the TPR because the public health, interest or safety required immediate removal. Specifically:*
   a. Under 49 CFR 380.703(a)(1), training providers are required to provide driver-trainees

instruction that meets the applicable criteria set forth in FMCSA's ELDT curriculum.

b. The required curriculum for Class A and Class B theory instruction includes instruction regarding the English Language Proficiency (ELP) requirements and the consequences for ELP violations. 49 CFR Part 380, Appendix A (Unit A1.5.6) and B (Unit B1.5.6).

c. For each driver-trainee that successfully completes ELDT that complies with the criteria in FMCSA's ELDT Curriculum, the training provider is required to electronically transmit training certification information through the TPR website.

d. Under 49 CFR 380.707(a), training providers must require all accepted driver-trainees for BTW training to certify that they will comply with FMCSA's driver qualification regulations in 49 CFR Part 391.

e. Under 49 CFR 391.11(b)(2), a driver who cannot read and speak the English language sufficiently to converse with the general public, to understand highway traffic signs and signals in the English language, to respond to official inquiries, and to make entries on reports and records, is not qualified to operate a commercial motor vehicle in interstate commerce in the United States.

f. FMCSA conducted an audit, using data available in FMCSA's systems, to assess training providers' compliance with 49 CFR Part 380. Specifically, FMCSA examined the training providers' instruction of FMCSA's ELDT Curriculum and whether their driver-trainees met the ELP qualification requirements.

g. FMCSA's audit identified material deficiencies in ELDT Direct, LLC's ELDT program.

h. FMCSA's audit found that 61 driver-trainees for whom ELDT Direct, LLC uploaded an ELDT certificate to the TPR were cited for one or more ELP violation(s) after ELDT Direct, LLC certified that they had successfully completed ELDT.

i. FMCSA's audit found that despite the regulatory requirement that Class A and Class B theory curriculum include instruction on the ELP requirements for driver-trainees who are not English speakers and the requirement that driver trainees receiving BTW training certify that they will meet FMCSA's driver qualifications, including the ELP, ELDT Direct, LLC has on numerous occasions, certified ELDT, for drivers who failed to meet the ELP standard at the time ELDT Direct, LLC uploaded the driver-trainees' certification information to the TPR.

j. As articulated in FMCSA's English Language Proficiency Internal Agency Enforcement Policy (MC-SEE-2026-0002), the failure to adequately ensure driver qualification standards poses serious safety concerns and increases the likelihood for a crash. A driver's failure to comply with the ELP qualification requirements constitutes a safety risk because the driver lacks the English proficiency required to understand highway traffic signs and signals, communicate with emergency or law enforcement officials to respond to official inquiries, converse with the public, and accurately make entries on mandatory safety reports and records.

According to an FMCSA study on ELP and safe CMV operations, driver's lack of proficiency in English has a potential adverse impact on reaction time even in standard situations and can lead to the unsafe operation of a CMV. Further, emergencies occur infrequently, but when they do, it is important that the driver be able to interact effectively with enforcement and emergency personnel as well as with the public. If an inspector or other officer and the driver are unable to communicate, the safety of both is potentially at risk.

The following is a small sample of crashes that involved a driver who either failed an ELP assessment or was otherwise did not demonstrate proficiency in English after a crash. FMCSA *does not* allege that the drivers involved in these crashes received ELDT at ELDT Direct, LLC, and the fact that these crashes occurred is not a basis for this Emergency Removal. FMCSA describes these crashes for illustrative purposes to underscore the safety risks posed by drivers who failed to meet the ELP requirement.

i. *On August 15, 2026, a semi-truck driver was traveling westbound on I-80 in Lincoln County, Nebraska, where he was involved in a fatal accident. The driver merged from the shoulder and was traveling below the minimum speed at the time of the accident. Because the driver was not proficient in the English language, he could not communicate with first responders who arrived to provide emergency care.*

ii. *On July 5, 2026, a semi-truck driver traveling southbound on I-71 in Madison County, Ohio, rear-ended a passenger vehicle, killing the occupant. After rear-ending the passenger vehicle, the semi-truck continued to crash through the median and then drove into the northbound lanes of I-71. In addition to failing an ELP assessment at the scene, the driver was charged with a felony count of tampering with evidence for attempting to hide his dash camera.*

iii. *On May 29, 2026, A motorcoach traveling southbound on I-95 in Stafford County, Virginia failed to stop for slowing traffic due to a work zone. The motorcoach collided with multiple vehicles at highway speed, and the crash resulted in 5 fatalities. During a post-crash investigation, the motorcoach driver failed an ELP assessment.*

iv. *On December 9, 2025, a motorcoach collided with two CMVs and a passenger vehicle on I-40 Westbound, in Baxter, Putnam County, Tennessee. The motorcoach driver was allegedly distracted by a video playing on a cell phone at the time of the crash and failed to communicate effectively in English, failing the ELP requirement. The crash resulted in one fatality and multiple additional injuries.*

v. *On August 12, 2025, a semi-truck driver attempted to execute a U-turn in an unauthorized area on the Florida's Turnpike in St. Lucie County, stretching his trailer across northbound lanes and causing a fatal collision that killed three people. Because the driver was not proficient in the English language, he could not interact effectively with enforcement and emergency personnel following the accident.*

k. While FMCSA's regulations do not require that ELDT instruction be provided in English, the regulations do require training providers to provide theory instruction about ELP and require BTW driver-trainees to certify they will comply with the qualification standards, including ELP.

l. Under FMCSA's regulations, theory curriculum that fails to adequately instruct non-English speaking driver-trainees about the ELP requirements constitutes a material deficiency in the ELDT program and a safety gap that training providers must address. Further, under FMCSA's regulations, an ELDT program is materially deficient when a training provider delivers BTW training to drivers who certify they will comply with the qualification standards, including ELP, and do not meet the ELP standard at the time of certification.

m. FMCSA determines that ELDT Direct, LLC's certification of ELDT completion, on numerous occasions, for driver-trainees who failed to meet the ELP standard constitutes a material deficiency in its ELDT program.

n. Therefore, FMCSA determines that the public health, interest, or safety requires ELDT Direct, LLC's immediate removal from the TPR. A training provider certifying the ELDT completion of a driver-trainee who lacks the English proficiency required to understand highway traffic signs and signals, communicate with emergency or law enforcement officials to respond to official inquiries, converse with the public, and accurately make entries on mandatory safety reports and records poses a risk to the public's health and safety and is not in the public interest.

*Emergency Removal on the Basis of the Willful Disregard of the Regulations*

7. *FMCSA removed ELDT Direct, LLC from the TPR because of its willful disregard of the regulations governing the conduct of training providers. This paragraph incorporates the facts and determinations in paragraph 6 above, and sets forth the following additional determinations:*
   a. FMCSA's regulations require that theory curriculum adequately instruct non-English speaking driver-trainees about the ELP requirements and require that training providers deliver BTW training only to driver-trainees who certify they will comply with the qualification standards, including ELP.
   b. ELDT Direct, LLC uploaded ELDT certificates for driver-trainees who did not meet the ELP standard at the time of certification.
   c. FMCSA further determines that the certification of numerous driver-trainees who cannot satisfy basic ELP standards demonstrates that ELDT Direct, LLC operated in willful disregard of its regulatory obligations under 49 CFR Part 380, Subpart G.

8. **The public health, safety, and interest, as well as ELDT Direct, LLC's willful disregard of the regulations, required immediate action to prevent the further certification of unqualified commercial drivers; FMCSA removed ELDT Direct, LLC from the TPR in accordance with 49 CFR 380.723(e)**.

**OPPORTUNITY FOR ADMINISTRATIVE REVIEW OF THIS DECISION**

Under 49 CFR 380.723(d), you may request administrative review of this emergency removal determination. Such request must be submitted **in writing no later than 30 calendar days** from the date this Notice is served. The request for administrative review must be submitted in writing to: FMCSA, ATTN: § 380.723 Training Provider Registry Removal Proceedings, 1200 New Jersey Avenue SE, Washington, DC 20590, or to the Training Provider Registry Mailbox at TPR@dot.gov.

The request for administrative review must explain the alleged error(s) committed in removing ELDT Direct, LLC from the TPR, and include all factual, legal, and procedural issues in dispute, as well as any supporting documentation. **Requests that do not explain the alleged error(s) committed and include all factual, legal, and procedural issues in dispute, as well as any supporting documentation will be deemed either incomplete or a request for reinstatement**. FMCSA may ask ELDT Direct, LLC to submit additional information or attend a conference to discuss the removal. If ELDT Direct, LLC does not provide the information requested, or does not

attend the scheduled conference, FMCSA may dismiss the request without further action.

FMCSA will complete the administrative review and notify you in writing of the decision. In accordance with 49 CFR 380.723(d)(2), FMCSA's decision on administrative review constitutes final Agency action. If FMCSA deems the removal to be invalid, FMCSA will reinstate the provider's listing on the TPR.

**REQUESTING REINSTATEMENT AFTER REMOVAL**

Under 49 CFR 380.723(f), you may request a reinstatement **in writing no sooner than 30 calendar days** from the date this Notice is served. You must submit documentation showing completion of all corrective action(s) taken to address the material deficiency identified in this Notice. You may submit a request for reinstatement to the Training Provider Registry Mailbox at TPR@dot.gov.

**PROCEDURAL REGULATIONS AND EVIDENCE**

The procedures applicable to this Notice of Emergency Removal are set forth in 49 CFR 380.723(d)-(e).

In issuing this Notice, FMCSA relied upon Driver Vehicle Examination Reports (roadside inspection reports) issued for all driver-trainees issued an ELDT certificate by ELDT Direct, LLC who were thereafter cited during a roadside inspection for failing to meet the English Language Proficiency standard in 49 CFR 391.11(b)(2). FMCSA attaches to this Notice a spreadsheet identifying all such driver-trainees issued an ELDT certificate by ELDT Direct, LLC as well as roadside inspection reports for a representative sample of the drivers.

If you have any questions regarding this Notice, or need further information, please contact the TPR team at TPR@dot.gov. Please note that informal inquiries regarding this Notice will not constitute a request for administrative review.

Sincerely,

Patrick D. Nemons
Director, Office of Safety Programs

Enclosures

**CERTIFICATE OF SERVICE**

This is to certify that on **August 31, 2026,** the undersigned served, as specified, the designated number of copies of this document to each of the parties listed below:

| | |
|---|---|
| ELDT Direct, LLC<br>11801 Pierce St. Suite 200<br>Riverside, CA 92505 | UPS: 1ZA476E6NT94957174<br>Email: ELDT@CDLDirect.com |
| Training Provider Registry | Email: TPR@dot.gov |

Arthur Jackson

Arthur Jackson
Enforcement Program Technician

ARTHUR JACKSON
410-897-7729
FMCSA-ESC
31 HOPKINS PLAZA
BALTIMORE MD 21201

LTR

1 OF 1

**SHIP TO:**
ELDT DIRECT, LLC
SUITE 200
11801 PIERCE STREET
**RIVERSIDE CA 92505**

**CA 911 9-02**

**UPS NEXT DAY AIR** **1**

TRACKING #: 1Z A47 6E6 NT 9495 7174

BILLING: P/P
ATTENTION UPS DRIVER: SHIPPER RELEASE

TM

CS 26.0.07. WNTNV50 35.0A 08/2026*

FOLD HERE

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.
2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.
3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**NEW MEXICO DEPARTMENT OF PUBLIC SAFETY**
**P.O. BOX 1628**
**SANTA FE, NM 87504-1628**
**cveinspection.certi@dps.nm.gov**
**(505)827-9277**

**Report Number:** NM1355P72Q7C
**Inspection Date:** 09/11/2025
**Start:** 6:55 PM MT **End:** 08:05 PM MT
**Inspection Level:** I - Full
**HM Inspection Type:** None

PEDICAB NYC INC
2784 E 12TH ST APT 3B
BROOKLYN, NY 11235
**USDOT#:** 03941848 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** VOHIDOV, DILOVARJON
**License#:** [redacted]7245 **State:** NY
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** SAN JON PORT OF ENTRY **MilePost:** 357 **Shipper:** MILLENNIUM MATS
**Highway:** I40 **Origin:** LAWRENCEVILLE, GA **Bill of Lading:** 226433507CL
**County:** **Destination:** CHANDLER, AZ **Cargo:** General Freight - 10

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | FRHT | 2018 | NY | [redacted] | UNIT 807 | [redacted] | 52,350 | | | |
| 2 | ST | VAN GUARD | 2021 | ME | [redacted] | UNIT W91098 | [redacted] | 68,000 | | | |

## BRAKE ADJUSTMENTS

| Axle # | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Right | 1 1/4 | 2 1/4 | 2 | N/A | N/A |
| Left | 1 1/4 | 1 3/4 | 2 | N/A | N/A |
| Chamber | L-24* | L-30 | L-30 | DISC | DISC |

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-Q** | **391.11B2-Q** | **D** | **Y** | | **D** | **N** | **Driver cannot satisfy the English language proficiency requirements of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the Int: Driver has failed the interview portion of the NMDPS English Language Proficiency Assessment test.** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:** eScreen Inspection

Pursuant to authority contained in NMSA 1978 65-3-1 through 65-3-13, and the New Mexico Motor Carrier Safety Regulations adopted under that authority, I hereby notify and declare DILOVARJON VOHIDOV Out of Service. No motor carrier shall permit this driver to drive or operate any motor vehicle until .Carrier Verify Text

I certify that the out of service violations listed in the "Violation Information" section have been satisfactorily repaired as of the date indicated..

Signature Of Repairer X:______________________ Facility:______________________ Date:______________

NOTICE TO CARRIER: PLEASE SIGN THE CERTIFICATION BELOW AND RETURN THIS COMPLETED REPORT WITHIN FIFTEEN (15) DAYS TO THE ADDRESS OR FAX INDICATED ON THE UPPER LEFT CORNER OF THIS FORM . IF NO VIOLATIONS ARE NOTED ON THIS REPORT, DO NOT RETURN THE REPORT. PLEASE RETAIN IT FOR YOUR FILES.The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with NMSA 1978 65-3-1 through 65-3-13, and the New Mexico Motor Carrier Safety Regulations.

Signature Of Motor Carrier X:______________________ Title:______________________ Date:______________

Report Prepared By: Archunde Robert
Badge #: 361355
Copy Received By: DILOVARJON VOHIDOV

X______________________ X______________________



03941848 NM NM1355P72Q7C

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**NEW MEXICO DEPARTMENT OF PUBLIC SAFETY**
**P.O. BOX 1628**
**SANTA FE, NM 87504-1628**
**cveinspection.certi@dps.nm.gov**
**(505)827-9277**

**Report Number:** NM1355P72Q7C
**Inspection Date:** 09/11/2025
**Start:** 6:55 PM MT **End:** 08:05 PM MT
**Inspection Level:** I - Full
**HM Inspection Type:** None

PEDICAB NYC INC
2784 E 12TH ST APT 3B
BROOKLYN, NY 11235
**USDOT#:** 03941848 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** VOHIDOV, DILOVARJON
**License#:** [redacted]7245 **State:** NY
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

E-SCREENING: OTHERTYPED BY INSPECTOR KEARA BARLEY, 376695I PERFORMED AN ELP ON THE DRIVER IN WHICH THEY HAVE FAILED. I CONTACTED THE COMPANY AND SPOKE WITH PARTIZI AND INFORMED HIM THAT HIS DRIVER IS OUT OF SERVICE FOR FAILING THE ENGLISH LANGUAGE PROFICIENCY ASSESSMENT TEST.

## Special Studies

No Special Study Data Recorded

Report Prepared By: Archunde Robert
Badge #: 361355
Copy Received By: DILOVARJON VOHIDOV

X______________________________ X______________________________



03941848 NM NM1355P72Q7C

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Kentucky State Police**
**Commercial Vehicle Enforcement Division**
**919 Versailles Road**
**Frankfort, Kentucky 40601**
**cveinspections@ky.gov**

**Report Number:** KYCV44782262
**Inspection Date:** 07/08/2025
**Start:** 11:52 AM ET **End:** 12:47 PM ET
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** Non-Bulk

AUTO HAUL EXPRESS LLC
27 N BRAINARD AVE #2
LA GRANGE, IL 60525
**USDOT#:** 04329325 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:** [redacted]
**State#:**

**Driver:** KRUKOVSKYI, OLEKSANDR N
**License#:** [redacted]7990 **State:** OH
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** LONDON
**Highway:** I-75 SB WS
**County:**

**MilePost:** 34
**Origin:** CLEVELAND, OH
**Destination:** HOOVER, AL

**Shipper:** SPITZZER HONDA
**Bill of Lading:**
**Cargo:** HAZARDOUS MATERIALS

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | FRHT | 2023 | OH | [redacted] | AT8 | [redacted] | 52,350 | | | |
| 2 | ST | TRLR | 2024 | ME | [redacted] | | [redacted] | 10,850 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 2

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-Q** | **391.11B2-Q** | **D** | **Y** | | **D** | **N** | **Driver failed English language proficiency requirements of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed Interview.: Driver could not understand the questions asked or could not understand simple instructions** |
| 392.2 | 392.2 | 1 | N | | N | N | Violation of Local Laws - Explain: Driver is operating a CMV with no KYU |
| 393.95A | 393.95A | 1 | N | | N | N | No/discharged/unsecured fire extinguisher: The fire extinguisher is not mounted properly in the mounting bracket |

**HazMat:** **Placard:** No **Cargo Tank:**

**Special Checks:** eScreen Inspection

Pursuant to authority in 49 CFR 396.9 and KRS 281.600 and 601 KAR 1:005, driver OLEKSANDR KRUKOVSKYI is OUT OF SERVICE. No motor carrier shall permit nor require this driver to operate any commercial vehicle until: DRIVER CAN UNDERSTAND ENGLISH.

The undersigned certifies that necessary repairs were made to this vehicle to correct all noted defects.

Signature Of Repairer X:________________ Facility:________________ Date:__________

ATTENTION MOTOR CARRIER: If the inspection indicates violations/defects on the driver and or vehicle a signed copy of the inspection shall be returned within 15 days to the address shown at the top left of the inspection. An inspection absent any type of violation/defect does not need to be returned.Motor carriers are required to keep a copy of this inspection on file for 12 months from the date of inspection {49 CFR 396.9(d)(3)(ii)}.NOTE: Drivers or carriers may challenge the accuracy or validity of a commercial vehicle inspection, including the issuance of an Out of Service Order, by contacting the Federal Motor carrier Safety Administration (FMCSA) at: https://dataqs.fmcsa.dot.govIf your citation for a fatigue and or illness violation is dismissed by a prosecutor or judge for lack of probable cause, or you are acquitted of the charge, you can make application through the DataQ system to have the related out of service order rescinded.The undersigned certifies that all violations noted have been corrected and compliance achieved with the Federal Motor Carrier Safety and / or Federal Hazardous Materials Regulations as applicable to motor carriers and drivers.

Signature Of Motor Carrier X:________________ Title:________________ Date:__________

Report Prepared By: MYLES COPE
Badge #: 4478
X________________

Copy Received By: OLEKSANDR KRUKOVSKYI
X________________



04329325 KY KYCV44782262

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Kentucky State Police**
**Commercial Vehicle Enforcement Division**
**919 Versailles Road**
**Frankfort, Kentucky 40601**
**cveinspections@ky.gov**

**Report Number:** KYCV44782262
**Inspection Date:** 07/08/2025
**Start:** 11:52 AM ET **End:** 12:47 PM ET
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** Non-Bulk

AUTO HAUL EXPRESS LLC
27 N BRAINARD AVE #2
LA GRANGE, IL 60525
**USDOT#:** 04329325 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:** [redacted]
**State#:**

**Driver:** KRUKOVSKYI, OLEKSANDR N
**License#:** [redacted]7990 **State:** OH
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

HM #1: UN 3166 VEHICLES FLAMMABLE LIQUID.

## Special Studies

Study #1:
Study #2:
Study #3:
Study #4:
Study #5:
Study #6:
Study #7:
Study #8:
Study #9:
Study #10: Enhanced

Report Prepared By: MYLES COPE
Badge #: 4478
Copy Received By: OLEKSANDR KRUKOVSKYI

X______________________ X______________________



04329325 KY KYCV44782262

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Wyoming Highway Patrol**
**Commercial Carrier Section**
**5300 Bishop Blvd**
**Cheyenne, WY 82009-3340**
**EMAIL: CVSAINSPECTIONS@WYO.GOV**

**Report Number:** WYTKHC000184
**Inspection Date:** 09/13/2025
**Start:** 3:55 PM MT **End:** 04:15 PM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

BIG GAME TOWING AND RECOVERY
13210 COUNTY RD 4
BRIGHTON, CO 80603
**USDOT#:** 03566672 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** HERRERA CALCIDO, JESUS J
**License#:** [redacted]9599 **State:** CO
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** 420 US-287
**Highway:** US-287
**County:**

**MilePost:** 420
**Origin:** DENVER,CO
**Destination:** DENVER,CO

**Shipper:** PENSKE
**Bill of Lading:** 09-13-2025
**Cargo:** MOTOR VEHICLES

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | KW | 2016 | CO | [redacted] | | [redacted] | 52,000 | | | |
| 2 | TT | IHC | 2026 | IN | [redacted] | | [redacted] | 30,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-Q** | **391.11B2-Q** | **D** | **Y** | | **N** | **N** | **Driver cannot satisfy the English language proficiency reqs of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the Interview: DRIVER FAILED SIMPLE QUESTIONS FOR DRIVER INTERVIEW. STATED HE DIDN'T UNDERSTAND ENGLISH.** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:** Local Enforcement; eScreen Inspection

**State Information:**
Data Q: 0;

Pursuant to authority contained in Title 49, CFR; Section 15 of the Wyoming Department of Transportation Rules and Regulations, I hereby declare JESUS HERRERA CALCIDO "Out-of-Service". No motor carrier shall permit or require this driver to operate any motor vehicle until: UNTIL DRIVER READ/UNDSTAND/SPEAK ENGLISH.

I certify the above violations were corrected.

Signature Of Repairer X:______________________ Facility:______________________ Date:______________

CARRIER CERTIFICATION: The undersigned, a responsible company official, certifies that all violations on this report have been corrected and action taken to assure compliance with the Motor Carrier Safety and HM Regulations insofar as they are applicable to motor carriers and drivers. This certification MUST BE SIGNED by the motor carrier and RETURNED WITHIN 15 days to the Commercial Carrier Section at the address listed at the top of this form or emailed to cvsainspections@wyo.gov.

Signature Of Motor Carrier X:______________________ Title:______________________ Date:______________

Report Prepared By: Kolton CARBON
Badge #: 63644
Copy Received By: JESUS HERRERA CALCIDO

X______________________ X______________________



03566672 WY WYTKHC000184

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Wyoming Highway Patrol**
**Commercial Carrier Section**
**5300 Bishop Blvd**
**Cheyenne, WY 82009-3340**
**EMAIL: CVSAINSPECTIONS@WYO.GOV**

**Report Number:** WYTKHC000184
**Inspection Date:** 09/13/2025
**Start:** 3:55 PM MT **End:** 04:15 PM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

BIG GAME TOWING AND RECOVERY
13210 COUNTY RD 4
BRIGHTON, CO 80603
**USDOT#:** 03566672 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** HERRERA CALCIDO, JESUS J
**License#:** [redacted]9599 **State:** CO
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

TOW WAS TAKING A CMV TO BE SWAPPED AT 260 I-80 NEAR ELK MOUNTAIN. VEHICLE WAS REAPAIRED BEFORE HIS ARRIVAL, AND BROUGHT ORIGINAL VEHICLE BACK TO DENVER FOR PENSKE.TOW WAS STOPPED AS HE DID NOT POSSESS A WYOMING WRECKER INSP. DUE TO NOT ACTUALLY PICKING UP THE LOAD IN WYOMING AS ORIGINALLY PLANNED, I DID NOT LIST THAT VIOLATION.

## Special Studies

No Special Study Data Recorded

Report Prepared By:
Kolton CARBON

Badge #:
63644

Copy Received By:
JESUS HERRERA CALCIDO

X________________________

X________________________



03566672 WY WYTKHC000184

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Wyoming Highway Patrol**
**Commercial Carrier Section**
**5300 Bishop Blvd**
**Cheyenne, WY 82009-3340**
**EMAIL: CVSAINSPECTIONS@WYO.GOV**

**Report Number:** WYPAJH000506
**Inspection Date:** 09/06/2025
**Start:** 2:55 PM MT **End:** 03:34 PM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

A2Z EXPRESS INC
9525 S 79TH AVE STE 300D
HICKORY HILLS, IL 60457
**USDOT#:** 03369647 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** KHUSNIDDIN, SIRODZHZODA
**License#:** [redacted]3169 **State:** CO
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** SHERIDAN/DIETZ POE
**Highway:** I-90
**County:**

**MilePost:** 16.34
**Origin:** DENVER,CO
**Destination:** SEATTLE,WA

**Shipper:** USPS
**Bill of Lading:** 0094260268
**Cargo:** MAIL

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | VOLV | 2024 | IL | [redacted] | T334624 | [redacted] | 50,000 | | | |
| 2 | ST | UTIL | 2017 | CA | [redacted] | | [redacted] | 30,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-Q** | **391.11B2-Q** | **D** | **Y** | | **N** | **N** | **Driver cannot satisfy the English language proficiency reqs of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the Interview: Driver had to use phone to translate** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:** Size & Weight; eScreen Inspection

**State Information:**
Data Q: 0;

Pursuant to authority contained in Title 49, CFR; Section 15 of the Wyoming Department of Transportation Rules and Regulations, I hereby declare SIRODZHZODA KHUSNIDDIN "Out-of-Service". No motor carrier shall permit or require this driver to operate any motor vehicle until: Meets English Requirements.

I certify the above violations were corrected.

Signature Of Repairer X:____________________ Facility:________________ Date:__________

CARRIER CERTIFICATION: The undersigned, a responsible company official, certifies that all violations on this report have been corrected and action taken to assure compliance with the Motor Carrier Safety and HM Regulations insofar as they are applicable to motor carriers and drivers. This certification MUST BE SIGNED by the motor carrier and RETURNED WITHIN 15 days to the Commercial Carrier Section at the address listed at the top of this form or emailed to cvsainspections@wyo.gov.

Signature Of Motor Carrier X:____________________ Title:________________ Date:__________

Report Prepared By: A HARKINS
Badge #: P21891
Copy Received By: SIRODZHZODA KHUSNIDDIN

X____________________ X____________________



03369647 WY WYPAJH000506

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Wyoming Highway Patrol**
**Commercial Carrier Section**
**5300 Bishop Blvd**
**Cheyenne, WY 82009-3340**
**EMAIL: CVSAINSPECTIONS@WYO.GOV**

**Report Number:** WYPAJH000506
**Inspection Date:** 09/06/2025
**Start:** 2:55 PM MT **End:** 03:34 PM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

A2Z EXPRESS INC
9525 S 79TH AVE STE 300D
HICKORY HILLS, IL 60457
**USDOT#:** 03369647 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** KHUSNIDDIN, SIRODZHZODA
**License#:** [redacted]3169 **State:** CO
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

Q- asked if there was anyone else in truck with you A-I understand but USPS trailer than asked me to ask again slowly. Q- I slowly asked if there was anyone else in the truck with him A- to Denver. Q- asked where did you take your last break A- Loves Q- where A- exit 58 in Wyoming Q- How long have you been driving today A- been driving since 7 Q asked again is there anyone else in the truck with you A- inside my trailer USPS. Driver asked to use translater and pulled out is phone to translate told me solo than driver started talking about changing his shirt. There is a co driver listed on his logs Q where did you drop off your co driver gave me adderess of where load is going and showed me picture of his trailer. When asked multiable times was told Casper but driver had his phone in his hand did never answer anything but 11 hours when asked how long co driver was in truck logs show everday At the end of inspection driver started asking me about points on his DL. Driver left right after inspection there was no co driver in tractor was headed west bound no trooper that way to bring him back before he crossed into Montana. It was explained to driver that he was OOS and driver said he understood

## Special Studies

No Special Study Data Recorded

| Report Prepared By: | Badge #: | Copy Received By: |
|---|---|---|
| A HARKINS | P21891 | SIRODZHZODA KHUSNIDDIN |

X______________________________ X______________________________



03369647 WY WYPAJH000506

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Arkansas Highway Police**
**District 3**
**PO Box 2779**
**Little Rock, AR 72203**
**501-569-2421**

**Report Number:** AR7660001265
**Inspection Date:** 08/03/2025
**Start:** 11:41 PM CT **End:** 12:10 AM CT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

K&B TRANS CARRIER INC
8100 BRECCIA WAY
BAKERSFIELD, CA 93313
**USDOT#:** 03283407 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** SINGH, NAIB
**License#:** [redacted]0577 **State:** CA
**Date of Birth:** [redacted]
**CoDriver:** KHOSA, SWARNJIT S
**License#:** [redacted] **State:** CA
**Date of Birth:** [redacted]

**Location:** I-40 EB,VAN BUREN **MilePost:** 9 MM **Shipper:** tanimura and antle inc
**Highway:** **Origin:** SALINAS, CA **Bill of Lading:** so22049184
**County:** CRAWFORD, AR **Destination:** HICKORY, NC **Cargo:** Fresh Produce

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | FRHT | 2022 | CA | [redacted] | 128 | [redacted] | 52,350 | | | |
| 2 | ST | UTIL | 2021 | CA | [redacted] | 864 | [redacted] | 65,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-Q** | **391.11(b)(2)** | **D** | **Y** | **400A3202879** | **U** | **N** | **Driver cannot satisfy the English language proficiency requirements of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the I: driver was asked questions 1,4,8,9 and was unable to answer all questions. driver has not been able to communicate with officer without co driver translating** |
| 392.16-D | 392.16(a) | D | N | | U | N | Driver - Failed to use seat belt while operating a CMV: Driver had seat belt buckled behind him and was clear on body worn camera. |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:** eScreen Inspection

**State Information:**
Unit / Station #: 301;

Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 395.13, I hereby notify and declare the driver: NAIB SINGH named on this report OUT OF SERVICE. No motor carrier shall permit or require this driver to drive or operate any motor vehicle until: until English speaking test can be passed. Penalties up to $10,000 are prescribed for violating this out-of-service order (49 CFR 386.82).

The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Materials Regulations insofar as they are applicable to motor carriers and drivers. False certifications of the required repairs are required to be prosecuted with penalties up to $10,000.

Signature Of Repairer X:__________ Facility:__________ Date:__________

NOTE TO DRIVER: This report must be furnished to the motor carrier whose name appears at the top of this report. [49 CFR 396.9(d)(1)]\nNOTE TO MOTOR CARRIERS: The undersigned certifies all violations noted on this report have been corrected and action has been taken to assure compliance insofar as they are applicable to motor carriers and drivers. Retain a copy at the principal place of business or where the vehicle is housed for 12 months from the date of the inspection.

Signature Of Motor Carrier X:__________ Title:__________ Date:__________

Report Prepared By: Ron Patterson
Badge #: 766
Copy Received By: NAIB SINGH

X__________ X__________



03283407 AR AR7660001265

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Colorado State Patrol**
**State Trooper**
**15075 S. Golden Rd**
**Golden, CO 80401**
**303-273-1875**

**Report Number:** CO0704510105
**Inspection Date:** 09/04/2025
**Start:** 4:51 PM MT **End:** 05:42 PM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

PHANTOM TRUCKING LLC
4048 KALAMATH ST
DENVER, CO 80211
**USDOT#:** 01384341 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:** [redacted]
**State#:**

**Driver:** VARGAS ROJAS, JAN C
**License#:** [redacted]5943 **State:** CO
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** E-470,Aurora
**Highway:**
**County:** Arapahoe County, CO

**MilePost:** 10
**Origin:** AURORA, CO
**Destination:** DENVER, CO

**Shipper:** PHANTOM TRUCKING LLC
**Bill of Lading:** 44486216
**Cargo:** Empty

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | KW | 2003 | CO | [redacted] | 219 | [redacted] | 167,000 | | | |
| 2 | OT | OTHR | 2022 | OK | [redacted] | | [redacted] | 12,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 396.17C-PI | 396.17(c) | 2 | N | | N | N | Operating a CMV without documentation of a periodic inspection: STICKER EXP 08/2022 |
| 392.2-SLLEQP | 392.2 | 2 | N | | U | N | State/Local Laws - Violation of state and local law - Equipment violation.: 42-3-202 (2)(a) Vehicle Number Plates Not Clearly (Legible/Visible) - One character on trailer plate scraped off to make plate unreadable for toll fees |
| 392.2-SLLSR | 392.2 | 1 | N | | U | N | State/Local Laws - State registration/tag violation: CRS 42-3-103 (4)(a): motor vehicle registration required within 90 days after becoming Colorado established business (Reg in CO initially - OK 03/4/2024) |
| 392.2-SLLML | 42-4-1007(1)(B) | D | N | 6636789 | U | N | Failed to Drive in Single Lane (Weaving): 42-4-1007 (1)(a) Weaving /// Drifting onto shoulder and swerving sharply to correct. |
| 392.2-SLLFC | 392.2 | D | N | 6636789 | N | N | State/Local Laws - Following too closely: 42-4-1008 (1) Following too closely /// swerved to change lanes when vehicle slowed in front of truck to avoid collision. |
| 392.7A-D | 392.7(a) | D | N | | N | N | Driver - Failed to conduct pre-trip inspection or make use of required parts and accessories: Driver did not clear off obstruction on plate in pre-trip inspection. |
| **391.11B2-Q** | **391.11(b)(2)** | **D** | **Y** | **6636789** | **U** | **N** | **Driver cannot satisfy the English language proficiency requirements of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the I: Driver required translation device to communicate in English.** |
| 392.2-SLLEQP | 392.2 | 1 | N | 6636789 | U | N | State/Local Laws - Violation of state and local law - Equipment violation.: 42-4-613 Failed to |

Report Prepared By: Robbin Sullivan
Badge #: 070451
Copy Received By: JAN VARGAS ROJAS

X______________________________ X______________________________



01384341 CO CO0704510105

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Colorado State Patrol**
**State Trooper**
**15075 S. Golden Rd**
**Golden, CO 80401**
**303-273-1875**

**Report Number:** CO0704510105
**Inspection Date:** 09/04/2025
**Start:** 4:51 PM MT **End:** 05:42 PM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

PHANTOM TRUCKING LLC
4048 KALAMATH ST
DENVER, CO 80211
**USDOT#:** 01384341 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:** [redacted]
**State#:**

**Driver:** VARGAS ROJAS, JAN C
**License#:** [redacted]5943 **State:** CO
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| | | | | | | | Pay (Toll/ Fee/ Rate) Established by Regional Transportation Authority |
| 392.2-SLLSR | 42-3-202(2)(A) | 1 | N | 6636789 | N | N | Vehicle Number Plates Not Clearly Legible/Visible: 42-3-202 (2)(b) Number Plate Obstructed by dirt. (Purposefully covered several digits with mud / grease to avoid toll fees) |
| 396.17C-PI | 396.17(c) | 1 | N | | N | N | Operating a CMV without documentation of a periodic inspection: NO DOCUMENT / NO STICKER |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:** Traffic Enforcement;

Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 395.13, I hereby notify and declare the driver: JAN VARGAS ROJAS named on this report OUT OF SERVICE. No motor carrier shall permit or require this driver to drive or operate any motor vehicle until: Obtains English Proficiency . Penalties up to $10,000 are prescribed for violating this out-of-service order (49 CFR 386.82).

The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Materials Regulations insofar as they are applicable to motor carriers and drivers. False certifications of the required repairs are required to be prosecuted with penalties up to $10,000.

Signature Of Repairer X:____________ Facility:____________ Date:____________

NOTE TO DRIVER: This report must be furnished to the motor carrier whose name appears at the top of this report. [49 CFR 396.9(d)(1)]\nNOTE TO MOTOR CARRIERS: Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 396.9(d)(3), a motor carrier official must certify by signing below that all defects have been corrected. AND retain a copy at the principal place of business or where the vehicle is housed for 12 months from the date of the inspection.

Signature Of Motor Carrier X:____________ Title:____________ Date:____________

Report Prepared By: Robbin Sullivan
Badge #: 070451
Copy Received By: JAN VARGAS ROJAS

X____________ X____________



01384341 CO CO0704510105

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Colorado State Patrol**
**State Trooper**
**15075 S. Golden Rd**
**Golden, CO 80401**
**303-273-1875**

**Report Number:** CO0704510105
**Inspection Date:** 09/04/2025
**Start:** 4:51 PM MT **End:** 05:42 PM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

PHANTOM TRUCKING LLC
4048 KALAMATH ST
DENVER, CO 80211
**USDOT#:** 01384341 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:** [redacted]
**State#:**

**Driver:** VARGAS ROJAS, JAN C
**License#:** [redacted]5943 **State:** CO
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

Vehicle Manufacturer Name is: TRAVIS for vehicle type: OT with VIN#: [redacted]. Driver stated that he only spoke a little English. I asked him several basic questions before needed to retrieve my translation device for Spanish. Driver asked that I speak with his boss over the phone, and it seemed he was using his boss to assist with translation. I attempted to converse in English again, and the driver used his own phone to translate that he was nervous. After several more attempts to ask basic questions about registration, the Periodic Inspection and the front plate covered in mud / grease, I was forced to use the translation device again. I offered for the driver to write his answers in English and he said he could not. This brought into question his ability to pass the Colorado CDL written exam. Trailer initially registered in CO and issued plate from dealership: STATE OF COLORADO COLORADO VEHICLE REGISTRATION REGISTRATION TITLE NAME: PHANTOM TRUCKING, LLC NAME: NAME2: NAME2: NAME3: NAME3: ADDRESS: 4048 KALAMATH ST CIS: DENVER, CO 80211 REGISTRATION STATUS: TITLE STATUS: LICENSE[redacted] STATE: CO TYPE: Temporary Registration EXPIRATION: 2023-02 TAB: VIN: 48X1F3522N1015440 TITLE: COUNTY: Dealer MAKE: TRVS MODEL: END DUMP COLOR: SIL STYLE: TRAILER YEAR: 2022 Trailer then registered in Oklahoma to the same company with the same address. Company is a short haul operation and is registering out of state to avoid Colorado Registration taxes: OKLAHOMA MOTOR VEHICLE REGISTRATION RESPONSE RESPONSE FOR VIN/[redacted]*** REGISTRATION INFO *** Primary Plate[redacted] Plate Type: TE (NCIC Plate Type: CO) Decal ID: Decal Type: Effective Date: 03/04/2024 Expiration Date: NON-EXP Last Updated: 03/04/2024 Agent Number: 5578 Last Issued Date: 03/04/2024 Base State: OK *** VEHICLE INFO *** Year: 2022 Make: TRVS Model: VIN/[redacted]Style: TRLR Type: TL Color: Fuel Type: Cylinders: 0 Laden Weight: 0 Unladen Weight: 0 Vehicle Owner Name: PHANTOM TRUCKING LLC Vehicle Owner Address: 4048 KALAMATH ST City, State ZIP: DENVER, CO 802112520 County: COMMUNICATIONS DISABILITY: No *** TITLE INFO *** Title Number: [redacted] Title Assignment: PHANTOM TRUCKING LLC.

## Special Studies

No Special Study Data Recorded

Report Prepared By: Robbin Sullivan
Badge #: 070451
Copy Received By: JAN VARGAS ROJAS

X________________________ X________________________



01384341 CO CO0704510105

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Kentucky State Police**
**Commercial Vehicle Enforcement Division**
**919 Versailles Road**
**Frankfort, Kentucky 40601**
**cveinspections@ky.gov**

**Report Number:** KYCV40884672
**Inspection Date:** 08/29/2025
**Start:** 2:24 PM CT **End:** 03:51 PM CT
**Inspection Level:** I - Full
**HM Inspection Type:** None

ROYAL CROWN TRANSPORT LLC
40 WOLF HILL RD
WOLCOTT, CT 06716
**USDOT#:** 04269536 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** TASHMATOV, AKMAL
**License#:** [redacted]8743 **State:** NY
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** KUTTAWA **MilePost:** 36 **Shipper:** AMAZON
**Highway:** I-24 EB WS **Origin:** CHARLESTON, MO **Bill of Lading:**
**County:** **Destination:** MURFREESBORO, TI **Cargo:** PACKAGES

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | VOLV | 2025 | CT | [redacted] | 03 | [redacted] | 52,300 | | | |
| 2 | ST | TRLR | 2024 | IN | [redacted] | V240882 | [redacted] | 76,020 | | | |

## BRAKE ADJUSTMENTS

| Axle # | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Right | N/A | N/A | N/A | 1 | 1 |
| Left | N/A | N/A | N/A | 1 | 1 |
| Chamber | DISC | DISC | DISC | C-30 | C-30 |

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 390.9-SLL | 390.9-SLL | D | N | FB01445 | N | N | Violation of State Motor Carrier Laws or Regulations: Operating on a revoked weight distance tax license, KYU number revoked due to tax issues, per motor carriers |
| **391.11B2-S** | **391.11B2-S** | **D** | **Y** | **FB01445** | **D** | **N** | **Driver failed English language proficiency per 391.11(b)(2) and FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed Highway Traffic Sign Assessment: Driver was given 4 signs to look at only got 1 right which was sign 4 pedestrian crossing, the 3 that he got wrong was sign number 9 be prepared to stop, sign num** |
| **393.9A-LSLIWR** | **393.9A-LSLIWR** | **2** | **Y** | **FB01445** | **D** | **N** | **Lighting - Stop lamps - Both inoperative when required to be on: Both left and right inoperative** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:** eScreen Inspection

Report Prepared By: SGT. PAUL K. DOUBLIN
Badge #: 4088
Copy Received By: AKMAL TASHMATOV

X______________________ X______________________



04269536 KY KYCV40884672

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Kentucky State Police**
**Commercial Vehicle Enforcement Division**
**919 Versailles Road**
**Frankfort, Kentucky 40601**
**cveinspections@ky.gov**

**Report Number:** KYCV40884672
**Inspection Date:** 08/29/2025
**Start:** 2:24 PM CT **End:** 03:51 PM CT
**Inspection Level:** I - Full
**HM Inspection Type:** None

ROYAL CROWN TRANSPORT LLC
40 WOLF HILL RD
WOLCOTT, CT 06716
**USDOT#:** 04269536 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** TASHMATOV, AKMAL
**License#:** [redacted]8743 **State:** NY
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

Pursuant to authority in 49 CFR 396.9 and KRS 281.600 and 601 KAR 1:005, driver AKMAL TASHMATOV is OUT OF SERVICE. No motor carrier shall permit nor require this driver to operate any commercial vehicle until: LEARNS ROAD SIGNS.

Pursuant to authority in 49 CFR 396.9 and KRS 281.600 and 601 KAR 1:005, this vehicle is OUT OF SERVICE. This vehicle will not be operated until the Out of Service defects noted above are corrected.

The undersigned certifies that necessary repairs were made to this vehicle to correct all noted defects.

Signature Of Repairer X:____________________________ Facility:__________________ Date:__________

ATTENTION MOTOR CARRIER: If the inspection indicates violations/defects on the driver and or vehicle a signed copy of the inspection shall be returned within 15 days to the address shown at the top left of the inspection. An inspection absent any type of violation/defect does not need to be returned.Motor carriers are required to keep a copy of this inspection on file for 12 months from the date of inspection {49 CFR 396.9(d)(3)(ii)}.NOTE: Drivers or carriers may challenge the accuracy or validity of a commercial vehicle inspection, including the issuance of an Out of Service Order, by contacting the Federal Motor carrier Safety Administration (FMCSA) at: https://dataqs.fmcsa.dot.govIf your citation for a fatigue and or illness violation is dismissed by a prosecutor or judge for lack of probable cause, or you are acquitted of the charge, you can make application through the DataQ system to have the related out of service order rescinded.The undersigned certifies that all violations noted have been corrected and compliance achieved with the Federal Motor Carrier Safety and / or Federal Hazardous Materials Regulations as applicable to motor carriers and drivers.

Signature Of Motor Carrier X:____________________________ Title:__________________ Date:__________

Report Prepared By: SGT. PAUL K. DOUBLIN
Badge #: 4088
Copy Received By: AKMAL TASHMATOV

X____________________ X____________________



04269536 KY KYCV40884672

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Kentucky State Police**
**Commercial Vehicle Enforcement Division**
**919 Versailles Road**
**Frankfort, Kentucky 40601**
**cveinspections@ky.gov**

**Report Number:** KYCV40884672
**Inspection Date:** 08/29/2025
**Start:** 2:24 PM CT **End:** 03:51 PM CT
**Inspection Level:** I - Full
**HM Inspection Type:** None

ROYAL CROWN TRANSPORT LLC
40 WOLF HILL RD
WOLCOTT, CT 06716
**USDOT#:** 04269536 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** TASHMATOV, AKMAL
**License#:** [redacted]8743 **State:** NY
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

Driver was given 4 signs to look at only got 1 right which was sign 4 pedestrian crossing, the 3 that he got wrong was sign number 9 be prepared to stop, sign number 29 No commercial vehicles, and sign number 26 vertical grade warning, he keep saying 5, it appears the driver does not read English, driver does not understand anything I say, had a problem with getting him to apply brakes, When i first started asking questions I noticed someone else talking, turns out it was someone from his company telling him the answers...DQ#5676849LYON DISTRICT COURT25-T-03004GUILTY Disposition on 12/17/2025 by NO TRIALDISMISSED Disposition on 12/17/2025 by NO TRIALEntered on 01/08/2026-JJ

## Special Studies

No Special Study Data Recorded

Report Prepared By: SGT. PAUL K. DOUBLIN
Badge #: 4088
Copy Received By: AKMAL TASHMATOV

X______________________ X______________________



04269536 KY KYCV40884672

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Wyoming Highway Patrol**
**Commercial Carrier Section**
**5300 Bishop Blvd**
**Cheyenne, WY 82009-3340**
**EMAIL: CVSAINSPECTIONS@WYO.GOV**

**Report Number:** WYPCDR000496
**Inspection Date:** 09/04/2025
**Start:** 3:43 PM MT **End:** 04:06 PM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

NEW ALTITUDE LLC
8885 LADY MADONNA CIR UNIT 208
HIGHLANDS RANCH, CO 80129
**USDOT#:** 04203129 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** AMIROV, MAHMADYOQUB
**License#:** [redacted]3191 **State:** CO
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** CHEYENNE I-25 POE
**Highway:** I-25
**County:**

**MilePost:** 6.35
**Origin:** DENVER,CO
**Destination:** CHEYENNE,WY

**Shipper:** USPS
**Bill of Lading:** 0091642283
**Cargo:** MAIL

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | INTL | 2019 | CO | [redacted] | 777 | [redacted] | 50,000 | | | |
| 2 | ST | VANGU | 2020 | TN | [redacted] | 10R1128 | [redacted] | 30,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-Q** | **391.11B2-Q** | **D** | **Y** | | **N** | **N** | **Driver cannot satisfy the English language proficiency reqs of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the Interview: DRIVER FAILED ELP ASSESSMENT (DRIVER INTERVIEW) AT TIME OF INSPECTION. SEE NOTES** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:** Size & Weight; eScreen Inspection

**State Information:**
Data Q: 0;

Pursuant to authority contained in Title 49, CFR; Section 15 of the Wyoming Department of Transportation Rules and Regulations, I hereby declare MAHMADYOQUB AMIROV "Out-of-Service". No motor carrier shall permit or require this driver to operate any motor vehicle until: ABLE TO PASS ELP ASSESSMENT.

I certify the above violations were corrected.

Signature Of Repairer X:__________ Facility:__________ Date:__________

CARRIER CERTIFICATION: The undersigned, a responsible company official, certifies that all violations on this report have been corrected and action taken to assure compliance with the Motor Carrier Safety and HM Regulations insofar as they are applicable to motor carriers and drivers. This certification MUST BE SIGNED by the motor carrier and RETURNED WITHIN 15 days to the Commercial Carrier Section at the address listed at the top of this form or emailed to cvsainspections@wyo.gov.

Signature Of Motor Carrier X:__________ Title:__________ Date:__________

Report Prepared By: C. ROBINSON
Badge #: P49798
Copy Received By: MAHMADYOQUB AMIROV

X__________ X__________



04203129 WY WYPCDR000496

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Wyoming Highway Patrol**
**Commercial Carrier Section**
**5300 Bishop Blvd**
**Cheyenne, WY 82009-3340**
**EMAIL: CVSAINSPECTIONS@WYO.GOV**

**Report Number:** WYPCDR000496
**Inspection Date:** 09/04/2025
**Start:** 3:43 PM MT **End:** 04:06 PM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

NEW ALTITUDE LLC
8885 LADY MADONNA CIR UNIT 208
HIGHLANDS RANCH, CO 80129
**USDOT#:** 04203129 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** AMIROV, MAHMADYOQUB
**License#:** [redacted]3191 **State:** CO
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

DRIVER APPROCHED MY WINDOW AND WAS TALKING WITH SOMEONE THROUGH HIS HEADSET. driver responded to each question after a moment of listening to someone on the phone translating to him. I asked driver to remove his headphone and place it on the counter for further questions. Driver failed to answer any question asked regarding elp assessment. Driver at one point put the headphone back in his ear and tried to cover it with his hand. Driver was instructed again to remove his headphone. Driver failed ELP assessment and driver could only complete the rest of the inspection through the translate app.

## Special Studies

No Special Study Data Recorded

Report Prepared By: C. ROBINSON
Badge #: P49798
Copy Received By: MAHMADYOQUB AMIROV

X________________________________ X________________________________



04203129 WY WYPCDR000496

| FIRSTNAME | LASTNAME | TPRID | PROVIDERNAME | TRAINING DATE | INSP_DATE | REPORT_STATE | REPORT_NUMBER |
|---|---|---|---|---|---|---|---|
| ANDERSON ANDRES | GARCIA MURILLO | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 1/2/2025 | 6/25/2025 | WY | PSMJ000181 |
| Oleksandr | Krukovskyi | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 12/18/2024 | 7/8/2025 | KY | CV44782262 |
| ANGEL | MENDOZA TERRAZAS | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 1/27/2025 | 7/9/2025 | CO | 1749410090 |
| NURULLOKH | KAYUMOV | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 10/11/2023 | 7/22/2025 | WY | PPCF000460 |
| HAMIDJONI | NAZARZODA | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 3/2/2025 | 7/29/2025 | AZ | 1042700619 |
| NAIB | SINGH | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 11/14/2023 | 8/3/2025 | AR | 7660001265 |
| PETRO | BELIKOV | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 4/14/2023 | 8/16/2025 | WY | PTCH000564 |
| Francisco | Bisono Garcia | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 5/22/2023 | 8/28/2025 | PA | N105524013 |
| AKMAL | TASHMATOV | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 11/26/2023 | 8/29/2025 | KY | CV40884672 |
| EVERALDO | MIRANDA RODRIGUES | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 4/4/2025 | 9/3/2025 | FL | 2458004180 |
| MAHMADYOQUB | AMIROV | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 4/16/2025 | 9/4/2025 | WY | PCDR000496 |
| JAN | VARGAS ROJAS | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 6/17/2025 | 9/4/2025 | CO | 0704510105 |
| SIRODZHZODA | KHUSNIDDIN | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 3/17/2025 | 9/6/2025 | WY | PAJH000506 |
| Jorge Luis | Alicea Molina | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 5/29/2022 | 9/9/2025 | OR | AW41530089 |
| Dilovarjon | Vohidov | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 2/11/2025 | 9/11/2025 | NM | 1355P72Q7C |
| JESUS | HERRERA SALCIDO | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 7/22/2025 | 9/13/2025 | WY | TKHC000184 |
| ROMAN | VECHERNII | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 1/2/2023 | 9/25/2025 | AR | 8250000257 |
| YENNY MILAGROS | CASTELLANO FRANCISCO | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 9/12/2022 | 10/6/2025 | CT | 3075004074 |
| Bohdan | Hykavyii | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 10/30/2024 | 10/6/2025 | TN | I036C90789 |
| Roig Jhoel | Portorreal Guerra | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 11/15/2023 | 10/7/2025 | NC | 0006805599 |
| SULAIMON | SULTONOV | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 3/17/2025 | 10/19/2025 | WY | PMLW000392 |
| DZHAMSHED | DAVLATOV | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 3/18/2025 | 10/22/2025 | TN | I01R261361 |
| Vasyl | Tymtsyurak | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 12/11/2024 | 10/22/2025 | OH | 1107000096 |
| Oleh | Boiko | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 9/11/2024 | 10/23/2025 | MD | 9815C00084 |
| HARDEEP | SINGH | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 8/10/2023 | 10/22/2025 | GA | 1335000554 |
| VOLODYMYR | TARANENKO | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 1/20/2023 | 10/28/2025 | OR | AP27540136 |
| Balvir | Singh | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 12/6/2023 | 11/6/2025 | AR | 7490000741 |
| Ruslan | Vyhinnyy | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 1/11/2025 | 11/13/2025 | WY | PDJS000496 |
| RICKY | BATISTA | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 3/21/2023 | 11/17/2025 | NC | 0006819606 |
| MUHAMMADJON | YUSUFZODA | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 1/2/2025 | 11/29/2025 | WY | PTCH000662 |
| JEFFERSON | SILVA | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 5/22/2026 | 12/2/2025 | SC | 0378001927 |
| RIAN | DE ALMEIDA SOARES | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 4/22/2025 | 12/1/2025 | MA | DF00002884 |
| Mykhailo | Lohoida | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 2/5/2025 | 12/9/2025 | SC | 0413000236 |
| Henry | Villa Arango | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 9/22/2024 | 12/9/2025 | MD | 3079C00392 |

| FIRSTNAME | LASTNAME | TPRID | PROVIDERNAME | TRAINING DATE | INSP_DATE | REPORT_STATE | REPORT_NUMBER |
|---|---|---|---|---|---|---|---|
| Yusneivy | Lastre Munoz | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 9/2/2022 | 12/11/2025 | FL | 3572006981 |
| TESFITT | BERHE | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 12/18/2024 | 12/12/2025 | NV | 7105029440 |
| VITALII | DOROZHINSKII | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 1/12/2024 | 11/16/2025 | NM | 5012P8W4TR |
| Kostiantyn | Pashkevych | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 10/10/2024 | 12/22/2025 | IN | 7310002265 |
| Andrii | Semchyshyn | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 1/23/2025 | 1/2/2026 | IA | 000P12B0GN |
| LEONARDO | GARCIA ALARCON | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 11/13/2024 | 1/15/2026 | IN | 1028700236 |
| DAVIEL | GARCIA ARENCIBIA | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 8/30/2023 | 1/15/2026 | TX | V262157042 |
| NOEL | BARRETO RAMOS | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 11/20/2024 | 1/21/2026 | KS | HP03053737 |
| Jeury Rafael | Garcia Antigua | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 7/29/2023 | 1/23/2026 | PA | J109602384 |
| Bahdat | Shalabaiev | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 3/25/2025 | 1/30/2026 | WY | PNCK000085 |
| Satwant | Singh | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 1/9/2024 | 2/2/2026 | AZ | 0676200435 |
| SERHII | HUZ | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 8/30/2024 | 2/4/2026 | CA | UEH7007117 |
| David | Bermudez | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 10/6/2023 | 2/3/2026 | TX | V262190534 |
| ANDYS MAYRON | PITA | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 9/7/2025 | 2/5/2026 | FL | 3253009005 |
| Rinat | Beryts | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 1/29/2025 | 2/6/2026 | TN | I035D42513 |
| FRANK | PEREZ RODRIGUEZ | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 4/18/2024 | 2/6/2026 | FL | 4326001741 |
| Victor | Ursachi | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 5/22/2023 | 2/3/2026 | CA | ND6B006929 |
| maidiel | sariol rodriguez | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 2/27/2023 | 2/11/2026 | CA | ND3G007194 |
| ERKIN | LOLAEV | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 11/20/2024 | 2/8/2026 | CA | NETE003601 |
| William Ariel | Juarez Cortez | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 12/19/2022 | 2/16/2026 | TX | V262221984 |
| carlos ramon | mendoza | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 12/13/2022 | 2/24/2026 | AR | 8250000537 |
| Blanca Rosa | Aguilar Barrera | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 5/30/2023 | 2/26/2026 | CA | NDOG007040 |
| LUIS ANTONIO | NUNEZ TAVAREZ | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 6/25/2025 | 3/20/2026 | NJ | SPQTI04014 |
| Jose | ZAVALA MONCADA | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 7/5/2024 | 4/9/2026 | CO | 0564090088 |
| NAVJOT | SINGH | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 3/24/2022 | 4/12/2026 | AZ | 6519000455 |
| SHAIR RAHMAN | RASOLZAI | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 8/11/2024 | 4/28/2026 | OK | AG10000393 |
| SATWINDERJIT SINGH | SANDHU | 41c0da49-f73c-4784-b311-dbc6d7376d61 | ELDT Direct, LLC | 3/5/2025 | 6/19/2026 | CA | UGM6002931 |

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Wyoming Highway Patrol**
**Commercial Carrier Section**
**5300 Bishop Blvd**
**Cheyenne, WY 82009-3340**
**EMAIL: CVSAINSPECTIONS@WYO.GOV**

**Report Number:** WYPTCH000564
**Inspection Date:** 08/16/2025
**Start:** 8:08 AM MT **End:** 08:19 AM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

TRANSPORTING CARS CHAMPION INC
4025 WOODLAND PARK BLVD # 375
ARLINGTON, TX 76013
**USDOT#:** 02287307 **Phone#:** [redacted]
**MC/MX#:** 00781184 **Fax#:**
**State#:**

**Driver:** BELIKOV, PETRO
**License#:** [redacted]8509 **State:** CA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** CHEYENNE I-25 POE **MilePost:** 6.35 **Shipper:** U-HAUL MOVING AND STORAGE OF B
**Highway:** I-25 **Origin:** LOVELAND,CO **Bill of Lading:** MULTIPLE
**County:** **Destination:** SACRAMENTO,CA **Cargo:** GENERAL FREIGHT

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | VOLV | 2020 | TX | [redacted] | 58 | [redacted] | 50,000 | | | |
| 2 | ST | WANC | 2023 | CA | [redacted] | 82 | [redacted] | 30,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-Q** | **391.11B2-Q** | **D** | **Y** | | **N** | **N** | **Driver cannot satisfy the English language proficiency reqs of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the Interview: DRIVER UNABLE TO ANSWER HOS OR LOAD QUESTIONS FROM APPROVED LIST SEE NOTES** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:** Size & Weight; eScreen Inspection

**State Information:**
Data Q: 0;

Pursuant to authority contained in Title 49, CFR; Section 15 of the Wyoming Department of Transportation Rules and Regulations, I hereby declare PETRO BELIKOV "Out-of-Service". No motor carrier shall permit or require this driver to operate any motor vehicle until: CAN SPEAK ENGLISH WITH DOT OFFICIALS.

I certify the above violations were corrected.

Signature Of Repairer X:__________ Facility:__________ Date:__________

CARRIER CERTIFICATION: The undersigned, a responsible company official, certifies that all violations on this report have been corrected and action taken to assure compliance with the Motor Carrier Safety and HM Regulations insofar as they are applicable to motor carriers and drivers. This certification MUST BE SIGNED by the motor carrier and RETURNED WITHIN 15 days to the Commercial Carrier Section at the address listed at the top of this form or emailed to cvsainspections@wyo.gov.

Signature Of Motor Carrier X:__________ Title:__________ Date:__________

Report Prepared By: T. HUNTER
Badge #: P53449
Copy Received By: PETRO BELIKOV

X__________ X__________



02287307 WY WYPTCH000564

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Wyoming Highway Patrol**
**Commercial Carrier Section**
**5300 Bishop Blvd**
**Cheyenne, WY 82009-3340**
**EMAIL: CVSAINSPECTIONS@WYO.GOV**

**Report Number:** WYPTCH000564
**Inspection Date:** 08/16/2025
**Start:** 8:08 AM MT **End:** 08:19 AM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

TRANSPORTING CARS CHAMPION INC
4025 WOODLAND PARK BLVD # 375
ARLINGTON, TX 76013
**USDOT#:** 02287307 **Phone#:** [redacted]
**MC/MX#:** 00781184 **Fax#:**
**State#:**

**Driver:** BELIKOV, PETRO
**License#:** [redacted]8509 **State:** CA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

DRIVER WAS UNABLE TO ANSWER WHERE AND WHEN HE STOPPED LAST NIGHT, DRIVER WAS UNABLE TO ANSWER WHAT HIS LOAD WAS JUST KEPT SAYING "5 LOADS" DIVER WAS BORDERLINE ON THE ELP TEST BUT WAS INSPECTED WHEN HE SAID "I DON'T HAVE TIME STUDY LEARN ENGLISH" DRIVER WAS ABLE TO PROVIDE COMPANY PHONE NUMBER AND SHOW INSURANCE UPON REQUEST BUT FAILED ALL OTHER QUESTIONS ASKED

## Special Studies

No Special Study Data Recorded

Report Prepared By: T. HUNTER
Badge #: P53449
Copy Received By: PETRO BELIKOV

X______________________ X______________________



02287307 WY WYPTCH000564

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Oregon Dept. of Transportation**
**Commerce and Compliance Division**
**455 Airport Rd. SE, Bldg. A**
**Salem, OR 97301**
**(503) 373-0982**

**Report Number:** ORAW41530089
**Inspection Date:** 09/09/2025
**Start:** 11:34 AM PT **End:** 01:09 PM PT
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

MIKE LOWRIE TRUCKING INC
7134 TREMONT ROAD
DIXON, CA 95620
**USDOT#:** 00351560 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:** [redacted]
**State#:**

**Driver:** ALICEAMOLINA, JORGE L
**License#:** [redacted]7699 **State:** CA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** US 730 EB WB/I-82 SB,Umatilla **MilePost:** 1 **Shipper:** MC Farms
**Highway:** **Origin:** PASCO, WA **Bill of Lading:** 771534
**County:** Umatilla, OR **Destination:** hadford, CA **Cargo:** Fresh Produce

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | PTRB | 2021 | OR | [redacted] | 447 | [redacted] | 52,500 | | | |
| 2 | ST | OTHR | 1990 | CA | [redacted] | 642 A | [redacted] | 60,000 | | | |
| 3 | ST | OTHR | 1990 | CA | [redacted] | 642 B | [redacted] | 60,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 2

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 396.17C-PI | 396.17(c) | 3 | N | | U | N | Operating a CMV without documentation of a periodic inspection: No periodic inspection documentation at time of inspection |
| 393.78A-WS | 393.78(a) | 1 | N | | N | N | Washers - Inoperative washing system.: Washing system either is empty of fluid or inoperable at time of inspection |
| 396.17C-PI | 396.17(c) | 2 | N | | U | N | Operating a CMV without documentation of a periodic inspection: No periodic inspection documentation at time of inspection. |
| 392.2-SLL | 818.400(1)(A) | D | N | WM693912 | U | N | Failure to stop / weigh: Driver bypassed open Umatilla POE @ 11:07am Contacted company to have driver return. First offense. |
| **391.11B2-Q** | **391.11(b)(2)** | **D** | **Y** | | **U** | **N** | **Driver cannot satisfy the English language proficiency requirements of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the I: Driver failed Interview portion of ELP** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:**

**State Information:**
OR Receipt #: YAJM278OR; Odometer: 596810; Triple Trailer: N; Kilometer: N; Medcard Expires: 07/08/2027; OR File #: 235404; Name on Vehicle: Mike Lowrie; Name of Carrier in ELD Header: Mike Lowrie; Driver Interview: Mike Lowrie; Lease Agreement: n/a; Registration: Mike Lowrie; Saved Copy of Lease?: N; ODOT Staff: Y; Compensated Law Enforcement: N;

Report Prepared By: Nicholas Garcia
Badge #: AW4153
Copy Received By: JORGE ALICEAMOLINA

X____________________ X____________________



00351560 OR ORAW41530089

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Oregon Dept. of Transportation**
**Commerce and Compliance Division**
**455 Airport Rd. SE, Bldg. A**
**Salem, OR 97301**
**(503) 373-0982**

**Report Number:** ORAW41530089
**Inspection Date:** 09/09/2025
**Start:** 11:34 AM PT **End:** 01:09 PM PT
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

MIKE LOWRIE TRUCKING INC
7134 TREMONT ROAD
DIXON, CA 95620
**USDOT#:** 00351560 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:** [redacted]
**State#:**

**Driver:** ALICEAMOLINA, JORGE L
**License#:** [redacted]7699 **State:** CA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

DRIVER OUT-OF-SERVICE NOTICE: Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 395.13, I hereby notify and declare JORGE ALICEAMOLINA is OUT OF SERVICE until: Proper English Proficiency. No motor carrier shall permit or require this driver to drive or operate any motor vehicle until the above-stated conditions are met. Penalties up to $10,000 are prescribed for violating this out-of-service order (49 CFR 386.82). Driver's initials___________

The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Materials Regulations insofar as they are applicable to motor carriers and drivers. False certifications of the required repairs are required to be prosecuted with penalties up to $10,000.

Signature Of Repairer X:______________________ Facility:______________________ Date:__________________

NOTE TO DRIVER: This report must be furnished to the motor carrier whose name appears at the top of this report. [49 CFR 396.9(d)(1)]\nNOTE TO MOTOR CARRIERS: Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 396.9(d)(3), within 15 days of the inspection sign below certifying all violations noted on this report have been corrected. Return the completed form to the address indicated on the upper left corner of the form, AND retain a copy at the principal place of business or where the vehicle is housed for 12 months from the date of the inspection. Failure to return this report with the required certification can result in penalties up to $1,000 per day for each day the violation continues, up to a total of $10,000.

Signature Of Motor Carrier X:______________________ Title:______________________ Date:__________________

Report Prepared By: Nicholas Garcia
Badge #: AW4153
Copy Received By: JORGE ALICEAMOLINA

X______________________ X______________________



00351560 OR ORAW41530089

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Oregon Dept. of Transportation**
**Commerce and Compliance Division**
**455 Airport Rd. SE, Bldg. A**
**Salem, OR 97301**
**(503) 373-0982**

**Report Number:** ORAW41530089
**Inspection Date:** 09/09/2025
**Start:** 11:34 AM PT **End:** 01:09 PM PT
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

MIKE LOWRIE TRUCKING INC
7134 TREMONT ROAD
DIXON, CA 95620
**USDOT#:** 00351560 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:** [redacted]
**State#:**

**Driver:** ALICEAMOLINA, JORGE L
**License#:** [redacted]7699 **State:** CA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

Vehicle Manufacturer Name is: Tuff Boy for vehicle type: ST with VIN#: [redacted]. Vehicle Manufacturer Name is: Tuff Boy for vehicle type: ST with VIN#: 1[redacted] English Language Proficiency Assessment - Attached - Fail.

## Special Studies

No Special Study Data Recorded

Report Prepared By: Nicholas Garcia
Badge #: AW4153
Copy Received By: JORGE ALICEAMOLINA

X______________________ X______________________



00351560 OR ORAW41530089