# COMPOSITE EXHIBIT C

**U.S. Department of Transportation**

**Federal Motor Carrier Safety Administration**

**1200 New Jersey Ave, SE**
**Washington, DC 20590**

**August 31, 2026**

# Notice of Emergency Removal from the Federal Motor Carrier Safety Administration's Entry Level Driver Training Provider Registry

ELDT Chimp, LLC
389 Palm Coast Pkwy SW (Suit No. 4)
Palm Coast, FL 32137

Attention: Training Provider Owner/Operator/Administrator

**Delivery via UPS: 1ZA47 6E6 NT 93701165**
**Delivery via Electronic Mail: Admin@ELDTchimp.com**

RE: ELDT Chimp, LLC
Training Provider Registry (TPR) Id. No(s).: 21e2f72d-f2bd-4fe2-b2ba-3825210ec053

Training Provider Owner/Operator/Administrator:

The Federal Motor Carrier Safety Administration ("FMCSA" or "Agency") provides notice that ELDT Chimp, LLC was immediately removed from the active listing on FMCSA's Entry-Level Driver Training Provider Registry (TPR) on August 31, 2026. This Notice applies to you, your employees, representatives, and each of your locations. FMCSA removed ELDT Chimp, LLC, under the authority of 49 U.S.C. § 31305(c)(5) and 49 CFR 380.723(e), because:

(1) The public health, interest and safety required ELDT Chimp, LLC's immediate removal from the TPR, and

(2) ELDT Chimp, LLC's willful disregard of the regulations required its immediate removal from the TPR.

**EFFECTIVE IMMEDIATELY ELDT CHIMP, LLC AND ITS REPRESENTATIVE(S)**

**MUST CEASE ALL OPERATIONS AS A TRAINING PROVIDER. THIS PROHIBITION INCLUDES, BUT IS NOT LIMITED TO THE FOLLOWING ACTIONS.**
**ELDT CHIMP, LLC MUST NOT:**

1. Administer any of the training curricula set forth in 49 CFR Part 380, Subpart G, Appendices A through E (FMCSA's ELDT Curriculum), of the Federal Motor Carrier Safety Regulations (FMCSRs).
2. Utilize any virtual, classroom, range, or public facilities or roadways to provide ELDT instruction of any kind on or utilizing FMCSA's ELDT Curriculum.
3. Utilize any vehicles or equipment to conduct any ELDT behind-the-wheel (BTW) training.
4. Utilize any training instructors employed by or on behalf of ELDT Chimp, LLC to conduct ELDT instruction.
5. Issue certificate(s) of completion to individuals who have completed FMCSA's ELDT Curriculum administered by ELDT Chimp, LLC or on behalf of ELDT Chimp, LLC.
6. Transmit any ELDT training certification records for any individual through the TPR website.
7. Make any representations that ELDT Chimp, LLC is a training provider under FMCSA's ELDT regulations or hold yourself out as a training provider listed on the TPR.
8. Enroll any new students on behalf of ELDT Chimp, LLC for the purpose of training students in accordance with FMCSA's ELDT Curriculum.

**BASIS FOR EMERGENCY REMOVAL**

The Agency's immediate removal of all known locations ELDT Chimp, LLC from active listing on the TPR is based on the following:

*Legal Basis*

1. Under 49 CFR 380.719(a)(1), to be eligible for continued listing on the TPR, a provider must meet the requirements of 49 CFR Part 380, Subpart G and the applicable requirements of § 380.703.
2. FMCSA may remove a provider from the TPR under 49 CFR 380.721 when a provider fails to meet or maintain any of the qualifications established by 49 CFR Part 380, Subpart G or the requirements of other State and Federal regulations applicable to the provider.
3. FMCSA may consider removing a provider from the TPR after an audit or investigation, conducted by FMCSA or its authorized representatives, identifies material deficiencies, pertaining to the training provider's program, operations, or eligibility. 49 CFR 380.721(a)(3).
4. In accordance with 49 CFR 380.723(e), FMCSA may immediately remove any training provider and/or any training provider's location(s) engaged in fraud, criminal behavior, or willful disregard of the regulations in Subpart G of 49 CFR Part 380, or when the public health, interest, or safety requires immediate action.
5. ELDT Chimp, LLC is an ELDT training provider listed on the TPR.

*Emergency Removal on the Basis of the Public Health, Interest, or Safety*

6. *FMCSA removed ELDT Chimp, LLC from the TPR because the public health, interest or safety required immediate removal. Specifically:*

a. Under 49 CFR 380.703(a)(1), training providers are required to provide driver-trainees instruction that meets the applicable criteria set forth in FMCSA's ELDT curriculum.
b. The required curriculum for Class A and Class B theory instruction includes instruction regarding the English Language Proficiency (ELP) requirements and the consequences for ELP violations. 49 CFR Part 380, Appendix A (Unit A1.5.6) and B (Unit B1.5.6).
c. For each driver-trainee that successfully completes ELDT that complies with the criteria in FMCSA's ELDT Curriculum, the training provider is required to electronically transmit training certification information through the TPR website.
d. Under 49 CFR 380.707(a), training providers must require all accepted driver-trainees for BTW training to certify that they will comply with FMCSA's driver qualification regulations in 49 CFR Part 391.
e. Under 49 CFR 391.11(b)(2), a driver who cannot read and speak the English language sufficiently to converse with the general public, to understand highway traffic signs and signals in the English language, to respond to official inquiries, and to make entries on reports and records, is not qualified to operate a commercial motor vehicle in interstate commerce in the United States.
f. FMCSA conducted an audit, using data available in FMCSA's systems, to assess training providers' compliance with 49 CFR Part 380. Specifically, FMCSA examined the training providers' instruction of FMCSA's ELDT Curriculum and whether their driver-trainees met the ELP qualification requirements.
g. FMCSA's audit identified material deficiencies in ELDT Chimp, LLC's ELDT program.
h. FMCSA's audit found that 90 driver-trainees for whom ELDT Chimp, LLC uploaded an ELDT certificate to the TPR were cited for one or more ELP violation(s) after ELDT Chimp, LLC certified that they had successfully completed ELDT.
i. FMCSA's audit found that despite the regulatory requirement that Class A and Class B theory curriculum include instruction on the ELP requirements for driver-trainees who are not English speakers and the requirement that driver trainees receiving BTW training certify that they will meet FMCSA's driver qualifications, including the ELP, ELDT Chimp, LLC has on numerous occasions, certified ELDT, for drivers who failed to meet the ELP standard at the time ELDT Chimp, LLC uploaded the driver-trainees' certification information to the TPR.
j. As articulated in FMCSA's English Language Proficiency Internal Agency Enforcement Policy (MC-SEE-2026-0002), the failure to adequately ensure driver qualification standards poses serious safety concerns and increases the likelihood for a crash. A driver's failure to comply with the ELP qualification requirements constitutes a safety risk because the driver lacks the English proficiency required to understand highway traffic signs and signals, communicate with emergency or law enforcement officials to respond to official inquiries, converse with the public, and accurately make entries on mandatory safety reports and records.

   According to an FMCSA study on ELP and safe CMV operations, driver's lack of proficiency in English has a potential adverse impact on reaction time even in standard situations and can lead to the unsafe operation of a CMV. Further, emergencies occur infrequently, but when they do, it is important that the driver be able to interact effectively with enforcement and emergency personnel as well as with the public. If an inspector or other officer and the driver are unable to communicate, the safety of both is potentially at risk.

The following is a small sample of crashes that involved a driver who either failed an ELP assessment or was otherwise did not demonstrate proficiency in English after a crash. FMCSA *does not* allege that the drivers involved in these crashes received ELDT at ELDT Chimp, LLC, and the fact that these crashes occurred is not a basis for this Emergency Removal. FMCSA describes these crashes for illustrative purposes to underscore the safety risks posed by drivers who failed to meet the ELP requirement.

i. *On August 15, 2026, a semi-truck driver was traveling westbound on I-80 in Lincoln County, Nebraska, where he was involved in a fatal accident. The driver merged from the shoulder and was traveling below the minimum speed at the time of the accident. Because the driver was not proficient in the English language, he could not communicate with first responders who arrived to provide emergency care.*

ii. *On July 5, 2026, a semi-truck driver traveling southbound on I-71 in Madison County, Ohio, rear-ended a passenger vehicle, killing the occupant. After rear-ending the passenger vehicle, the semi-truck continued to crash through the median and then drove into the northbound lanes of I-71. In addition to failing an ELP assessment at the scene, the driver was charged with a felony count of tampering with evidence for attempting to hide his dash camera.*

iii. *On May 29, 2026, A motorcoach traveling southbound on I-95 in Stafford County, Virginia failed to stop for slowing traffic due to a work zone. The motorcoach collided with multiple vehicles at highway speed, and the crash resulted in 5 fatalities. During a post-crash investigation, the motorcoach driver failed an ELP assessment.*

iv. *On December 9, 2025, a motorcoach collided with two CMVs and a passenger vehicle on I-40 Westbound, in Baxter, Putnam County, Tennessee. The motorcoach driver was allegedly distracted by a video playing on a cell phone at the time of the crash and failed to communicate effectively in English, failing the ELP requirement. The crash resulted in one fatality and multiple additional injuries.*

v. *On August 12, 2025, a semi-truck driver attempted to execute a U-turn in an unauthorized area on the Florida's Turnpike in St. Lucie County, stretching his trailer across northbound lanes and causing a fatal collision that killed three people. Because the driver was not proficient in the English language, he could not interact effectively with enforcement and emergency personnel following the accident.*

k. While FMCSA's regulations do not require that ELDT instruction be provided in English, the regulations do require training providers to provide theory instruction about ELP and require BTW driver-trainees to certify they will comply with the qualification standards, including ELP.

l. Under FMCSA's regulations, theory curriculum that fails to adequately instruct non-English speaking driver-trainees about the ELP requirements constitutes a material deficiency in the ELDT program and a safety gap that training providers must address. Further, under FMCSA's regulations, an ELDT program is materially deficient when a training provider delivers BTW training to drivers who certify they will comply with the qualification standards, including ELP, and do not meet the ELP standard at the time of certification.

m. FMCSA determines that ELDT Chimp, LLC's certification of ELDT completion, on numerous occasions, for driver-trainees who failed to meet the ELP standard constitutes a material deficiency in its ELDT program.
n. Therefore, FMCSA determines that the public health, interest, or safety requires ELDT Chimp, LLC's immediate removal from the TPR. A training provider certifying the ELDT completion of a driver-trainee who lacks the English proficiency required to understand highway traffic signs and signals, communicate with emergency or law enforcement officials to respond to official inquiries, converse with the public, and accurately make entries on mandatory safety reports and records poses a risk to the public's health and safety and is not in the public interest.

*Emergency Removal on the Basis of the Willful Disregard of the Regulations*

7. *FMCSA removed ELDT Chimp, LLC from the TPR because of its willful disregard of the regulations governing the conduct of training providers. This paragraph incorporates the facts and determinations in paragraph 6 above, and sets forth the following additional determinations:*
    a. FMCSA's regulations require that theory curriculum adequately instruct non-English speaking driver-trainees about the ELP requirements and require that training providers deliver BTW training only to driver-trainees who certify they will comply with the qualification standards, including ELP.
    b. ELDT Chimp, LLC uploaded ELDT certificates for driver-trainees who did not meet the ELP standard at the time of certification.
    c. FMCSA further determines that the certification of numerous driver-trainees who cannot satisfy basic ELP standards demonstrates that ELDT Chimp, LLC operated in willful disregard of its regulatory obligations under 49 CFR Part 380, Subpart G.

8. **The public health, safety, and interest, as well as ELDT Chimp, LLC's willful disregard of the regulations, required immediate action to prevent the further certification of unqualified commercial drivers; FMCSA removed ELDT Chimp, LLC from the TPR in accordance with 49 CFR 380.723(e)**.

**OPPORTUNITY FOR ADMINISTRATIVE REVIEW OF THIS DECISION**

Under 49 CFR 380.723(d), you may request administrative review of this emergency removal determination. Such request must be submitted **in writing no later than 30 calendar days** from the date this Notice is served. The request for administrative review must be submitted in writing to: FMCSA, ATTN: § 380.723 Training Provider Registry Removal Proceedings, 1200 New Jersey Avenue SE, Washington, DC 20590, or to the Training Provider Registry Mailbox at TPR@dot.gov.

The request for administrative review must explain the alleged error(s) committed in removing ELDT Chimp, LLC from the TPR, and include all factual, legal, and procedural issues in dispute, as well as any supporting documentation. **Requests that do not explain the alleged error(s) committed and include all factual, legal, and procedural issues in dispute, as well as any supporting documentation will be deemed either incomplete or a request for reinstatement**. FMCSA may ask ELDT Chimp, LLC to submit additional information or attend a conference to discuss the removal. If ELDT Chimp, LLC does not provide the information requested, or does not

attend the scheduled conference, FMCSA may dismiss the request without further action.

FMCSA will complete the administrative review and notify you in writing of the decision. In accordance with 49 CFR 380.723(d)(2), FMCSA's decision on administrative review constitutes final Agency action. If FMCSA deems the removal to be invalid, FMCSA will reinstate the provider's listing on the TPR.

**REQUESTING REINSTATEMENT AFTER REMOVAL**

Under 49 CFR 380.723(f), you may request a reinstatement **in writing no sooner than 30 calendar days** from the date this Notice is served. You must submit documentation showing completion of all corrective action(s) taken to address the material deficiency identified in this Notice. You may submit a request for reinstatement to the Training Provider Registry Mailbox at TPR@dot.gov.

**PROCEDURAL REGULATIONS AND EVIDENCE**

The procedures applicable to this Notice of Emergency Removal are set forth in 49 CFR 380.723(d)-(e).

In issuing this Notice, FMCSA relied upon Driver Vehicle Examination Reports (roadside inspection reports) issued for all driver-trainees issued an ELDT certificate by ELDT Chimp, LLC who were thereafter cited during a roadside inspection for failing to meet the English Language Proficiency standard in 49 CFR 391.11(b)(2). FMCSA attaches to this Notice a spreadsheet identifying all such driver-trainees issued an ELDT certificate by ELDT Chimp, LLC as well as roadside inspection reports for a representative sample of the drivers.

If you have any questions regarding this Notice, or need further information, please contact the TPR team at TPR@dot.gov. Please note that informal inquiries regarding this Notice will not constitute a request for administrative review.

Sincerely,

Patrick D. Nemons
Director, Office of Safety Programs

Enclosures

## CERTIFICATE OF SERVICE

This is to certify that on **August 31, 2026,** the undersigned served, as specified, the designated number of copies of this document to each of the parties listed below:

| | |
|---|---|
| ELDT Chimp, LLC<br>389 Palm Coast Pkwy Sw (Suit No. 4)<br>Palm Coast, FL 32137 | UPS: 1ZA476E6NT93701165<br>Email: Admin@ELDTchimp.com |
| Training Provider Registry | Email: TPR@dot.gov |

Arthur Jackson

Arthur Jackson
Enforcement Program Technician

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

FOLD HERE

ARTHUR JACKSON
410-897-7729
FMCSA-ESC
31 HOPKINS PLAZA
BALTIMORE MD 21201

LTR 1 OF 1

**SHIP TO:**
ELDT CHIMP, LLC
SUITE NO. 4
389 PALM COAST PKWY SW
**PALM COAST FL 32137**

**FL 320 3-01**

**UPS NEXT DAY AIR 1**

TRACKING #: 1Z A47 6E6 NT 9370 1165

BILLING: P/P
ATTENTION UPS DRIVER: SHIPPER RELEASE

CS 26.0.07. WNTNV50 35.0A 08/2026*

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**NEW MEXICO DEPARTMENT OF PUBLIC SAFETY**
**P.O. BOX 1628**
**SANTA FE, NM 87504-1628**
**cveinspection.certi@state.nm.us**
**(505)827-9277**

**Report Number:** NM6242P90NBS
**Inspection Date:** 11/20/2025
**Start:** 5:59 PM MT **End:** 06:32 PM MT
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

G ZHVANIIA CORP
15 CALUMET AVE
LAKE HIAWATHA, NJ 07034
**USDOT#:** 04176942 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** ZHVANIIA, GENADI
**License#:** [redacted]6794 **State:** NJ
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** GALLUP PORT OF ENTRY **MilePost:** 12 **Shipper:** MAIN
**Highway:** I40 **Origin:** CHANDLER, AZ **Bill of Lading:** 1485
**County:** **Destination:** DALHART, TX **Cargo:** CARS

**VEHICLE IDENTIFICATION**

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | GMC | 2024 | NJ | [redacted] | UNIT 01 | [redacted] | 14,000 | | | |
| 2 | ST | TRL | 2024 | NJ | [redacted] | UNIT 02 | [redacted] | 14,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 2

**VIOLATIONS**

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-Q** | **391.11B2-Q** | **D** | **Y** | | **D** | **N** | **Driver cannot satisfy the English language proficiency requirements of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the Int: Driver failed interview test** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:**

Pursuant to authority contained in NMSA 1978 65-3-1 through 65-3-13, and the New Mexico Motor Carrier Safety Regulations adopted under that authority, I hereby notify and declare GENADI ZHVANIIA Out of Service. No motor carrier shall permit this driver to drive or operate any motor vehicle until .Carrier Verify Text

I certify that the out of service violations listed in the "Violation Information" section have been satisfactorily repaired as of the date indicated..

Signature Of Repairer X:________________ Facility:________________ Date:________________

NOTICE TO CARRIER: PLEASE SIGN THE CERTIFICATION BELOW AND RETURN THIS COMPLETED REPORT WITHIN FIFTEEN (15) DAYS TO THE ADDRESS OR FAX INDICATED ON THE UPPER LEFT CORNER OF THIS FORM . IF NO VIOLATIONS ARE NOTED ON THIS REPORT, DO NOT RETURN THE REPORT. PLEASE RETAIN IT FOR YOUR FILES.The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with NMSA 1978 65-3-1 through 65-3-13, and the New Mexico Motor Carrier Safety Regulations.

Signature Of Motor Carrier X:________________ Title:________________ Date:

Report Prepared By: JACOB ROMERO
Badge #: 356242
Copy Received By: GENADI ZHVANIIA

X________________ X________________



04176942 NM NM6242P90NBS

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**NEW MEXICO DEPARTMENT OF PUBLIC SAFETY**
**P.O. BOX 1628**
**SANTA FE, NM 87504-1628**
**cveinspection.certi@state.nm.us**
**(505)827-9277**

**Report Number:** NM6242P90NBS
**Inspection Date:** 11/20/2025
**Start:** 5:59 PM MT **End:** 06:32 PM MT
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

G ZHVANIIA CORP
15 CALUMET AVE
LAKE HIAWATHA, NJ 07034
**USDOT#:** 04176942 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** ZHVANIIA, GENADI
**License#:** [redacted]6794 **State:** NJ
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

CONDUCTED ELP DUE TO WHEN DRIVER PULLED INTO BAY FOR AN INSPECTION HE IMMEDIATELY STEPPED OUT OF HIS VEHICLE, I INSTRUCTED HIM TO HAVE A SEAT BACK IN VEHICLE MULTIPLES TIMES HE KEPT RESPONDING WITH ARIZONA.
CONTACTED TENGIZ (MANAGER)

## Special Studies

No Special Study Data Recorded

Report Prepared By: JACOB ROMERO
Badge #: 356242
Copy Received By: GENADI ZHVANIIA

X______________________________ X______________________________



04176942 NM NM6242P90NBS

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Montana Department of Transportation**
**MCS District 1**
**PO Box 4639**
**Helena, MT 59604**
**406-444-3300**

**Report Number:** MTU554900837
**Inspection Date:** 07/31/2025
**Start:** 9:31 PM MT **End:** 10:26 PM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

LARK TRANSPORTATION LLC
132 DALLAS RD
LAWNDALE, NC 28090
**USDOT#:** 04194427 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** ISMAILOV, NASIP
**License#:** [redacted]0291 **State:** NY
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** I-90,HAUGAN **MilePost:** 15 **Shipper:** Amazon
**Highway:** **Origin:** LAKEWOOD, WA **Bill of Lading:** 3757b236
**County:** Mineral, MT **Destination:** CARLISLE, PA **Cargo:** parcel

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | FRHT | 2019 | IL | [redacted] | 1208 | [redacted] | 53,250 | | | |
| 2 | ST | GDAN | 2022 | IN | [redacted] | GV2201684 | [redacted] | 68,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-S** | **391.11(b)(2)** | **D** | **Y** | | **U** | **N** | **Driver cannot satisfy the English language proficiency requirements of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the Hi: Failed: 0/4** |
| **395.8K2-HOSP** | **395.8(k)(2)** | **D** | **Y** | | **U** | **N** | **HOS (Property) - Failing to have in possession RODS for the previous seven consecutive days and available for inspection while on duty: Violation Date: 07/29/2025; only has logs for today. had inspection @ bend oregon POE on 7/28. delivered a load in troutdale, oregon. 07/30Then drove to pickup.** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:** eScreen Inspection

Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 395.13, I hereby notify and declare the driver: NASIP ISMAILOV named on this report OUT OF SERVICE. No motor carrier shall permit or require this driver to drive or operate any motor vehicle until: 10 hours post inspection..

The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Materials Regulations insofar as they are applicable to motor carriers and drivers. ALL MECHANICAL VIOLATIONS MUST BE REPAIRED PRIOR TO THE VEHICLE BEING REDISPATCHED.

Signature Of Repairer X:________________________ Facility:________________ Date:__________

NOTE TO DRIVER: This report must be furnished to the motor carrier whose name appears at the top of this report. \nNOTE TO MOTOR CARRIERS: This certification MUST BE SIGNED by the Motor Carrier and RETURNED WITHIN 15 days (only when violations have been noted) to the email address, fax number, or address indicated on the upper left corner of the form AND retain a copy at the principal place of business for 12 months from the date of the inspection.

Signature Of Motor Carrier X:________________________ Title:________________ Date:

Report Prepared By: M Coleman
Badge #: U5549
Copy Received By: NASIP ISMAILOV

X________________________ X________________________



04194427 MT MTU554900837

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Indiana State Police**
**Area 4 MCI**
**7811 Milhouse Road, Suite S**
**Indianapolis, IN 46241**
**(317) 615-7373**

**Report Number:** IN1028700333
**Inspection Date:** 02/20/2026
**Start:** 10:21 AM ET **End:** 12:14 PM ET
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

OWNERLER EXPRESS INC
10066 HOLLY LN APT 1N
DES PLAINES, IL 60016
**USDOT#:** 04274800 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** KARAZAKOV, RUSLANBEK
**License#:** [redacted]3027 **State:** IL
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** I-65 NB,Seymour **MilePost:** 51 **Shipper:** ORBIS RPM
**Highway:** **Origin:** LOUISVILLE, KY **Bill of Lading:**
**County:** JACKSON, IN **Destination:** AURORA, IL **Cargo:** General Freight

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | FRHT | 2022 | IL | [redacted] | 30 | [redacted] | 52,000 | | | |
| 2 | ST | STOU | 2026 | IN | [redacted] | 2604025 | [redacted] | 68,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 2

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-S** | **391.11(b)(2)** | **D** | **Y** | | **N** | **N** | **Driver cannot satisfy the English language proficiency requirements of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the Hi: Driver was given the ELP sign assessment and driver only passed 1 out of 4 signs.** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:**

**State Information:**
Duty Status: RD; CAD #: 2026-00111153; Out of Service Location: 51 MM I65 SCALES SEYMOUR; OSW Permit Number: NONE;

Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 395.13, I hereby notify and declare the driver: RUSLANBEK KARAZAKOV named on this report OUT OF SERVICE. No motor carrier shall permit or require this driver to drive or operate any motor vehicle until: Driver has demonstrated English language proficiency in accordance with 391.11(b)(2). Penalties up to $10,000 are prescribed for violating this out-of-service order (49 CFR 386.82).

The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Materials Regulations insofar as they are applicable to motor carriers and drivers. False certifications of the required repairs are required to be prosecuted with penalties up to $10,000.

Signature Of Repairer X:____________________ Facility:____________________ Date:____________

NOTE TO DRIVER: This report must be furnished to the motor carrier whose name appears at the top of this report. [49 CFR 396.9(d)(1)] \nNOTE TO MOTOR CARRIERS: Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 396.9(d)(3), within 15 days of the inspection sign below certifying all violations noted on this report have been corrected. Return the completed form to the email address indicated on the upper left corner of the form, AND retain a copy at the principal place of business or where the vehicle is housed for 12 months from the date of the inspection. Failure to return this report with the required certification can result in penalties up to $1,000 per day for each day the violation continues, up to a total of $10,000.

Signature Of Motor Carrier X:____________________ Title:____________________ Date:

Report Prepared By: B. Lange
Badge #: 10287
Copy Received By: RUSLANBEK KARAZAKOV

X____________________ X____________________



04274800 IN IN1028700333

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Indiana State Police**
**Area 4 MCI**
**7811 Milhouse Road, Suite S**
**Indianapolis, IN 46241**
**(317) 615-7373**

**Report Number:** IN1028700333
**Inspection Date:** 02/20/2026
**Start:** 10:21 AM ET **End:** 12:14 PM ET
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

OWNERLER EXPRESS INC
10066 HOLLY LN APT 1N
DES PLAINES, IL 60016
**USDOT#:** 04274800 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** KARAZAKOV, RUSLANBEK
**License#:** [redacted]3027 **State:** IL
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

Re-inspection for rectified violations. Re-inspection for rectified violations. Re-inspection for rectified violations. 42-35 detained the driver and took him to Marion County jail. Called the company and informed them where the key was and they should be coming to get it by the end of the day today. ISS=43 1 Violation found Driver was given the ELP sign assessment and driver only passed 1 out of 4 signs. Driver was required an ELD at the time of inspection Driver's ERODs attached to inspection report. Driver was given the ELP sign assessment Following are the signs given to the driver: 12. Enter Weigh Station on Right if Truck Over 10 Tons 22. Merge 23. Yield Ahead 37. Truck Rollover Following are the driver's responses to signs above: 12. Enter Weigh Station on Right if Truck Over 10 Tons 22. Couldn't tell me what the sign was 23. Couldn't tell me what the sign was 37. Curve Driver failed the ELP sign assessment. Photos uploaded on Evidence.com This was not an OSW load Driver is placed OOS at the time of inspection due to failing the road sign assessment Driver had a limited term CDL through IL, I radioed the post for a 387G certified Trooper and 42-35 and 42-56 responded to the scales.

## Special Studies

No Special Study Data Recorded

| Report Prepared By: | Badge #: | Copy Received By: |
|---|---|---|
| B. Lange | 10287 | RUSLANBEK KARAZAKOV |

X______________________ X______________________



04274800 IN IN1028700333

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Florida Highway Patrol**
**Tallahassee Sub-District Office Squad 02**
**2900 Apalachee Parkway MS56**
**Tallahassee, FL 32399**
**850-488-5140**

**Report Number:** FL4391001105
**Inspection Date:** 01/30/2026
**Start:** 5:21 AM ET **End:** 06:04 AM ET
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

FERNANDEZ LIMO TRANSPORT CORP
538 E 12TH ST
HIALEAH, FL 33010
**USDOT#:** 04250534 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** LIGHTBOURNE HERNANDE, HAROLD
**License#:** [redacted]7000 **State:** FL
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** Interstate 10,Monticello **MilePost:** **Shipper:**
**Highway:** **Origin:** HOUSTON, TX **Bill of Lading:**
**County:** Jefferson County, FL **Destination:** MIAMI, FL **Cargo:** Motor Vehicles

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TR | DODG | 2026 | FL | [redacted] | | [redacted] | 14,000 | | | |
| 2 | ST | OTHR | 2026 | FL | [redacted] | | [redacted] | 12,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **383.25A1** | **383.25(a)(1)** | **D** | **Y** | **000905893-2** | **N** | **N** | **Learner's Permit (CLP) - Is not accompanied by the holder of a valid CDL that is fully authorized to operate the CMV.: VEHICLE COMBINATION WEIGHED 33,100LBS. DRIVER ONLY HOLD CLASS A LEARNERS AND IS NOT ACCOMPANIED BY VALID CLASS A HOLDER.** |
| 392.2-SLLSR | 392.2 | 1 | N | 000905893-3 | N | N | State/Local Laws - State registration/tag violation: VEHICLE WEIGHED 33,100LBS. DECLARED WEIGHT IS 14,000LBS. DRIVER GIVEN 14,999 POUNDS. .05 CENTS PER POUND OVER. |
| 395.30B1-ELDDFR | 395.30(b)(1) | D | N | | N | N | HOS (ELD) - Driver failing to review records and certify the accuracy of the information.: Violation Date: 01/29/2026; DRIVER FAILED TO CERTIFY. |
| **391.11B2-S** | **391.11(b)(2)** | **D** | **Y** | **000905893-1** | **N** | **N** | **Driver cannot satisfy the English language proficiency requirements of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the Hi: DRIVER SHOWN 4 DIFFERENT HIGHWAY ROAD SIGNS. DRIVER GOT 0 OUT OF 4 CORRECT.** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:** Size & Weight;

Report Prepared By: P. Smalley
Badge #: 4391
Copy Received By: HAROLD LIGHTBOURNE HERNANDE



X______________________ X______________________

04250534 FL FL4391001105

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Florida Highway Patrol**
**Tallahassee Sub-District Office Squad 02**
**2900 Apalachee Parkway MS56**
**Tallahassee, FL 32399**
**850-488-5140**

**Report Number:** FL4391001105
**Inspection Date:** 01/30/2026
**Start:** 5:21 AM ET **End:** 06:04 AM ET
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

FERNANDEZ LIMO TRANSPORT CORP
538 E 12TH ST
HIALEAH, FL 33010
**USDOT#:** 04250534 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** LIGHTBOURNE HERNANDE, HAROLD
**License#:** [redacted]7000 **State:** FL
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 395.13, and Florida Statutes 316.302 and 316.70, I hereby notify and declare the driver: HAROLD LIGHTBOURNE HERNANDEZ named on this report OUT OF SERVICE. No motor carrier shall permit or require this driver to drive or operate any motor vehicle until: UNTIL CORRECTED. WARNING: Violation of this order will subject the driver/owner to civil penalties of not less than $2,500. Drivers are also subject to being disqualified from operating a commercial motor vehicle in accordance with Florida Statute 322.61.

The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Materials Regulations insofar as they are applicable to motor carriers and drivers. False certifications of the required repairs are required to be prosecuted with penalties up to $10,000.

Signature Of Repairer X:______________________ Facility:______________________ Date:______________

NOTE TO DRIVER: This report must be furnished to the motor carrier whose name appears at the top of this report. [49 CFR 396.9(d)(1)]\nNOTE TO MOTOR CARRIERS: ATTENTION CARRIER: IF NO VIOLATIONS ARE LISTED IN THE "VIOLATIONS" SECTION ABOVE, IT IS NOT NECESSARY TO SIGN AND RETURN THIS REPORT. The motor carrier must examine this report and repair all violations noted in the "Violations" section. By signing below, the motor carrier certifies that all violations on this report have been corrected and action taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Materials Regulations and Florida Statute 316.302, insofar as they are applicable to motor carriers and drivers. After certifying with signature, return this report to the Florida Highway Patrol by email at OCVE-Inspections@flhsmv.gov within fifteen (15) days of the date of this report AND retain a copy at the principal place of business or where the vehicle is housed for 12 months from the date of the inspection. It is not necessary to provide supporting documentation of the repairs. Failure to return this required certification can result in penalties of up to $100 per day, for each day the violation continues, up to $25,000.

Signature Of Motor Carrier X:______________________ Title:______________________ Date:

Report Prepared By: P. Smalley
Badge #: 4391
Copy Received By: HAROLD LIGHTBOURNE HERNANDE

X______________________ X______________________



04250534 FL FL4391001105

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Florida Highway Patrol**
**Tallahassee Sub-District Office Squad 02**
**2900 Apalachee Parkway MS56**
**Tallahassee, FL 32399**
**850-488-5140**

**Report Number:** FL4391001105
**Inspection Date:** 01/30/2026
**Start:** 5:21 AM ET **End:** 06:04 AM ET
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

FERNANDEZ LIMO TRANSPORT CORP
538 E 12TH ST
HIALEAH, FL 33010
**USDOT#:** 04250534 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** LIGHTBOURNE HERNANDE, HAROLD
**License#:** [redacted]7000 **State:** FL
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

Vehicle Manufacturer Name is: STRYKER for vehicle type: ST with VIN#: [redacted]

**Special Studies** No Special Study Data Recorded

Report Prepared By: P. Smalley
Badge #: 4391
X________________________

Copy Received By: HAROLD LIGHTBOURNE HERNANDE
X________________________



04250534 FL FL4391001105

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**State of Ohio**
**Ohio State Highway Patrol - Cleveland District**
**Motor Carrier Enforcement**
**Brookpark, OH 44142**
**3304336210**

**Report Number:** OH3247001629
**Inspection Date:** 04/01/2026
**Start:** 7:40 PM ET **End:** 08:25 PM ET
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

TMT TRUCKING LLC
4800 E STREET RD SUITE 270
TREVOSE, PA 19053
**USDOT#:** 03461561 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:** [redacted]
**State#:**

**Driver:** MAMADRIZOEV, GANDZHALI
**License#:** [redacted]7249 **State:** IL
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** Interstate 71,Burbank
**Highway:**
**County:** Medina County, OH
**MilePost:** 204
**Origin:** HUNTINGTON, IN
**Destination:** STANHOPE, NJ
**Shipper:** ISOLATEK
**Bill of Lading:** 432865
**Cargo:** General Freight

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | FRHT | 2022 | PA | [redacted] | 539793 | [redacted] | 52,350 | | | |
| 2 | ST | UTIL | 2024 | ME | [redacted] | 715953 | [redacted] | 68,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 2

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-Q** | **391.11(b)(2)** | **D** | **Y** | | **N** | **N** | **Driver cannot satisfy the English language proficiency requirements of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the I: DRIVERR WAS UNABLE TO PASS THE ENGLISH PROFICIENCY TEST. ONE OF SIX QUESTIONS ANSWERED** |
| 392.2-SLL | 392.2 | D | N | NGALH | N | N | State/Local Laws -: DRIVER CITED FOR ASSURED CLEAR DISTANCE. CAME OVER INTO SIDE OF VEHICLE CAUSING DAMEGE |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:**

**State Information:**
Driver Address Verified?: Y; Driver Address: 5909 N Kenmore AVE APT 202; Driver City: Chicago; Driver State: IL; Driver Zip: 60660; For Hire Carrier?: Y; Reason Code: CRAS; ISS Score: 98; Photos Taken?: Y; Video Taken?: Y;

Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 395.13, I hereby notify and declare the driver: GANDZHALI MAMADRIZOEV named on this report OUT OF SERVICE. No motor carrier shall permit or require this driver to drive or operate any motor vehicle until: Driver has demonstrated English language proficiency in accordance with 391.11(b)(2). Penalties up to $10,000 are prescribed for violating this out-of-service order (49 CFR 386.82).

The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Materials Regulations insofar as they are applicable to motor carriers and drivers. False certifications of the required repairs are required to be prosecuted with penalties up to $10,000.

Signature Of Repairer X:____________________ Facility:________________ Date:__________

NOTE TO DRIVER: Within 24 hour this report must be furnished to the motor carrier whose name appears at the top of this report. [49 CFR 396.9(d)(1)]\nNOTE TO MOTOR CARRIERS: All violations of the FHMR and FMCSR or Title 49 of the Ohio Revised Code will be reviewed by the PUCO's Transportation Department to determine whether civil forfeitures should be assessed against any responsible parties in accordance with the penalty provisions of Title 49 of the Ohio Revised Code. If civil forfeitures are assessed, you will receive a separate notice by mail. These penalties may be assessed to motor carriers, shippers, and/or drivers. Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 396.9(d)(3), within 15 days of the inspection sign below certifying all violations noted on this report have been corrected. Certification of repair will ONLY be accepted by mailing the completed form to: PUCO, Attn: TASD, 180 East Broad St, Columbus, OH 43215 -- OR -- by email at RepairCert@puco.ohio.gov. Failure to return this report with the required certification can result in penalties up to $1,000 per day for each day the violation continues, up to a total of $10,000.The carrier must retain a copy at the principal place of business or where the vehicle is housed for 12 months from the date of the inspection.

Signature Of Motor Carrier X:____________________ Title:________________ Date:

Report Prepared By: V. HARRIMAN
Badge #: 3247
Copy Received By: GANDZHALI MAMADRIZOEV

X____________________ X____________________



03461561 OH OH3247001629

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**State of Ohio**
**Ohio State Highway Patrol - Cleveland District**
**Motor Carrier Enforcement**
**Brookpark, OH 44142**
**3304336210**

**Report Number:** OH3247001629
**Inspection Date:** 04/01/2026
**Start:** 7:40 PM ET **End:** 08:25 PM ET
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

TMT TRUCKING LLC
4800 E STREET RD SUITE 270
TREVOSE, PA 19053
**USDOT#:** 03461561 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:** [redacted]
**State#:**

**Driver:** MAMADRIZOEV, GANDZHALI
**License#:** [redacted]7249 **State:** IL
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

Driver was cited for assured clear distance results from the crash. Driver was unable to speak the English language and was tested on it. He was only able to answer one question and that was involving his drivers license. Driver was placed OOS and trooper on scene took him to the 209 exit to the motel. Manager of the company was hard to understand as well due to not being able to speak English proficiently.

## Special Studies

No Special Study Data Recorded

Report Prepared By: V. HARRIMAN
Badge #: 3247
Copy Received By: GANDZHALI MAMADRIZOEV

X______________________ X______________________



03461561 OH OH3247001629

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Indiana State Police**
**Area 4 MCI**
**7811 Milhouse Road, Suite S**
**Indianapolis, IN 46241**
**(317) 615-7373**

**Report Number:** IN1028700387
**Inspection Date:** 03/12/2026
**Start:** 10:13 AM ET **End:** 11:39 AM ET
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

TUKOK INC
2704 W LUNT AVE APT 403
CHICAGO, IL 60645
**USDOT#:** 04395622 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** MASALBEKOV, AIDAR N
**License#:** [redacted]1463 **State:** OH
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** I-65 NB,Seymour **MilePost:** 51 **Shipper:** AMAZON FULFULLMENT
**Highway:** **Origin:** SHEPHERDSVILLE, KY **Bill of Lading:** LUK7-114GXNQZN
**County:** JACKSON, IN **Destination:** NEW ALBANY, OH **Cargo:** General Freight

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | VOLV | 2017 | IL | [redacted] | 3010 | [redacted] | 50,350 | | | |
| 2 | ST | HYTR | 2021 | IN | [redacted] | AZNGV571188 | [redacted] | 68,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 2

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-S** | **391.11(b)(2)** | **D** | **Y** | | **N** | **N** | **Driver cannot satisfy the English language proficiency requirements of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the Hi: Driver failed the road sign assessment he only got 2 out of the 4 correct at time of inspection.** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:**

**State Information:**
Duty Status: RD; CAD #: 2026-00156693; Out of Service Location: 51 MM I65 SCALES SEYMOUR; OSW Permit Number: NONE;

Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 395.13, I hereby notify and declare the driver: AIDAR MASALBEKOV named on this report OUT OF SERVICE. No motor carrier shall permit or require this driver to drive or operate any motor vehicle until: Driver has demonstrated English language proficiency in accordance with 391.11(b)(2). Penalties up to $10,000 are prescribed for violating this out-of-service order (49 CFR 386.82).

The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Materials Regulations insofar as they are applicable to motor carriers and drivers. False certifications of the required repairs are required to be prosecuted with penalties up to $10,000.

Signature Of Repairer X:____________________ Facility:________________ Date:__________

NOTE TO DRIVER: This report must be furnished to the motor carrier whose name appears at the top of this report. [49 CFR 396.9(d)(1)] \nNOTE TO MOTOR CARRIERS: Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 396.9(d)(3), within 15 days of the inspection sign below certifying all violations noted on this report have been corrected. Return the completed form to the email address indicated on the upper left corner of the form, AND retain a copy at the principal place of business or where the vehicle is housed for 12 months from the date of the inspection. Failure to return this report with the required certification can result in penalties up to $1,000 per day for each day the violation continues, up to a total of $10,000.

Signature Of Motor Carrier X:____________________ Title:________________ Date:

Report Prepared By: B. Lange
Badge #: 10287
Copy Received By: AIDAR MASALBEKOV

X____________________ X____________________



04395622 IN IN1028700387

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Indiana State Police**
**Area 4 MCI**
**7811 Milhouse Road, Suite S**
**Indianapolis, IN 46241**
**(317) 615-7373**

**Report Number:** IN1028700387
**Inspection Date:** 03/12/2026
**Start:** 10:13 AM ET **End:** 11:39 AM ET
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

TUKOK INC
2704 W LUNT AVE APT 403
CHICAGO, IL 60645
**USDOT#:** 04395622 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** MASALBEKOV, AIDAR N
**License#:** [redacted]1463 **State:** OH
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

ISS= 77 Carrier Identified by: Driver Interview/ ERODs/ CMV Markings 1 Violation found Driver failed the road sign assessment he only got 2 out of the 4 correct at time of inspection. Driver was required an ELD at the time of inspection Driver's ERODs attached to inspection report This was not an OSW load Photos uploaded on Evidence.com I told the driver to pull around beside the building to do an inspection. Driver pulled around and went back on the scales. I informed the driver to pull around the side of the building and I would be right back. Driver then pulled around behind the garage door. I went out and flagged him over to the side of the building. Driver failed the road sign assessment Following are the road signs given to the driver: 12. Enter Weigh Station on Right if Truck Over 10 Tons 22. Merge 23. Yield Ahead 37. Truck Rollover Following are the answers the driver gave for the road signs above: 12. Enter Weigh Station on Right if Truck Over 10 Tons 22. Merge 23. I forget what this sign is 37. Turn left Driver is placed OOS for failing the road sign assessment Driver holds a non renewable/ non transferable CDL I called the post and asked for a 287G trooper and 42-35 responded. 42-35 advised that he will be taking him into custody.

## Special Studies

No Special Study Data Recorded

Report Prepared By: B. Lange
Badge #: 10287
Copy Received By: AIDAR MASALBEKOV

X______________________________ X______________________________



04395622 IN IN1028700387

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Colorado State Patrol**
**State Trooper**
**15075 S. Golden Rd**
**Golden, CO 80401**
**303-273-1875**

**Report Number:** CO1234610046
**Inspection Date:** 07/17/2025
**Start:** 10:55 AM MT **End:** 11:35 AM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

COMPLETE MOVING INC
800 W RAND RD APT A105
ARLINGTON HEIGHTS, IL 60004
**USDOT#:** 04017704 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** NARZULLOEV, SUKHROB
**License#:** [redacted]2890 **State:** PA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** I-70 WB,Limon **MilePost:** 360 **Shipper:** VOLTAGRID MIDLAND TERMINAL
**Highway:** **Origin:** MIDLAND, TX **Bill of Lading:** PR-6619
**County:** LINCOLN, CO **Destination:** GALETON, CO **Cargo:** General Freight

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | OT | OTHR | 2025 | IN | [redacted] | | [redacted] | 26,000 | | | |
| 2 | FT | OTHR | 2025 | IL | [redacted] | | [redacted] | 10,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-Q** | **391.11(b)(2)** | **D** | **Y** | | **U** | **N** | **Driver cannot satisfy the English language proficiency requirements of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the I: DRIVER RAN THE PORT BECAUSE HE DID NOT UNDERSTAND THE SIGNS. DRIVER DID NOT UNDERSTAND THE SIGNS SHOWED. DRIVER HAD TO USE A TRANSLATOR TO COMMUNICATE.** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:**

Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 395.13, I hereby notify and declare the driver: SUKHROB NARZULLOEV named on this report OUT OF SERVICE. No motor carrier shall permit or require this driver to drive or operate any motor vehicle until: THE DRIVER IS UNABLE TO UNDERSTAND OR RESPOND TO OFFICIAL INQUIRIES IN ENGLISH. Penalties up to $10,000 are prescribed for violating this out-of-service order (49 CFR 386.82).

The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Materials Regulations insofar as they are applicable to motor carriers and drivers. False certifications of the required repairs are required to be prosecuted with penalties up to $10,000.

Signature Of Repairer X:__________ Facility:__________ Date:__________

NOTE TO DRIVER: This report must be furnished to the motor carrier whose name appears at the top of this report. [49 CFR 396.9(d)(1)]\nNOTE TO MOTOR CARRIERS: Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 396.9(d)(3), a motor carrier official must certify by signing below that all defects have been corrected. AND retain a copy at the principal place of business or where the vehicle is housed for 12 months from the date of the inspection.

Signature Of Motor Carrier X:__________ Title:__________ Date:

Report Prepared By: Ricardo Palencia
Badge #: 123461
Copy Received By: SUKHROB NARZULLOEV

X__________ X__________



04017704 CO CO1234610046

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Colorado State Patrol**
**State Trooper**
**15075 S. Golden Rd**
**Golden, CO 80401**
**303-273-1875**

**Report Number:** CO1234610046
**Inspection Date:** 07/17/2025
**Start:** 10:55 AM MT **End:** 11:35 AM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

COMPLETE MOVING INC
800 W RAND RD APT A105
ARLINGTON HEIGHTS, IL 60004
**USDOT#:** 04017704 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** NARZULLOEV, SUKHROB
**License#:** [redacted]2890 **State:** PA
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

Vehicle Manufacturer Name is: FORD F350 for vehicle type: OT with VIN#: [redacted]. Vehicle Manufacturer Name is: HD TRAILER for vehicle type: FT with VIN#: [redacted].

## Special Studies

No Special Study Data Recorded

| Report Prepared By: | Badge #: | Copy Received By: |
|---|---|---|
| Ricardo Palencia | 123461 | SUKHROB NARZULLOEV |

X______________________________ X______________________________



04017704 CO CO1234610046

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Montana Department of Transportation**
**MCS District 1**
**PO Box 4639**
**Helena, MT 59604**
**406-444-3300**

**Report Number:** MTU770601131
**Inspection Date:** 08/29/2025
**Start:** 7:09 AM MT **End:** 07:44 AM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

BITSHARP CORPORATION
300 E BUSINESS WAY SUITE 200
CINCINNATI, OH 45241
**USDOT#:** 03519782 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** RZAKHANOV, MUKHTAR
**License#:** [redacted]4709 **State:** OH
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** I-90 WB,Haugan
**Highway:**
**County:** MINERAL, MT

**MilePost:** 16
**Origin:** BROWNSVILLE, TN
**Destination:** TACOMA, WA

**Shipper:** Westlake Pipe & Fittings
**Bill of Lading:** TN-018750
**Cargo:** Plastic Pipe Fittings

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | FRHT | 2020 | IL | [redacted] | 115 | [redacted] | 53,200 | | | |
| 2 | ST | WANC | 2020 | TN | [redacted] | 5620589 | [redacted] | 68,000 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-Q** | **391.11(b)(2)** | **D** | **Y** | | **U** | **N** | **Driver cannot satisfy the English language proficiency requirements of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the I: 4/8 required questions answered correctly, stated "sorry don't understand" for several questions each phrased differently.** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:**

Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 395.13, I hereby notify and declare the driver: MUKHTAR RZAKHANOV named on this report OUT OF SERVICE. No motor carrier shall permit or require this driver to drive or operate any motor vehicle until: Able to satisfy the English Language proficiency requirements..

The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Materials Regulations insofar as they are applicable to motor carriers and drivers. ALL MECHANICAL VIOLATIONS MUST BE REPAIRED PRIOR TO THE VEHICLE BEING REDISPATCHED.

Signature Of Repairer X:____________________ Facility:________________ Date:__________

NOTE TO DRIVER: This report must be furnished to the motor carrier whose name appears at the top of this report. \nNOTE TO MOTOR CARRIERS: This certification MUST BE SIGNED by the Motor Carrier and RETURNED WITHIN 15 days (only when violations have been noted) to the email address, fax number, or address indicated on the upper left corner of the form AND retain a copy at the principal place of business for 12 months from the date of the inspection.

Signature Of Motor Carrier X:____________________ Title:________________ Date:

Report Prepared By: E Verbanac
Badge #: U7706
Copy Received By: MUKHTAR RZAKHANOV

X____________________ X____________________



03519782 MT MTU770601131

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Montana Department of Transportation**
**MCS District 1**
**PO Box 4639**
**Helena, MT 59604**
**406-444-3300**

**Report Number:** MTU770601131
**Inspection Date:** 08/29/2025
**Start:** 7:09 AM MT **End:** 07:44 AM MT
**Inspection Level:** III - DriverOnly
**HM Inspection Type:** None

BITSHARP CORPORATION
300 E BUSINESS WAY SUITE 200
CINCINNATI, OH 45241
**USDOT#:** 03519782 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** RZAKHANOV, MUKHTAR
**License#:** [redacted]4709 **State:** OH
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

## Inspection Notes

8/29/25: Driver pulled into the Haugan Westbound scale, light was green, driver parked on the scale pad without stop light direction and did not more for several minutes. Driver was instructed to park and bring in paperwork. When asked why he parked on the scale pad he answered "yeah" several times and did not understand. Driver was given the English Language proficiency questions and was only able to answer 4/8 correctly. Where did you start your trip today? "yes," "yes," & "rest area Monday" Where are you driving today? "Washington," / where at in Washington are you going today? "city" What are you hauling? "trailer" / what is in your trailer? "trailer name" Did you perform your pre-trip inspection before you started driving today? "this inspection," "sorry," "don't understand." Driver was inspected on 8/28 with only log book violations listed, contacted on call Captain for guidance and placed driver out of service for ELP requirements. Driver came back inside several times asking for the violation to be removed or if he could go for a smaller drive. When told that was not an option he slowly got agitated and walked back out to his truck.

## Special Studies

No Special Study Data Recorded

Report Prepared By: E Verbanac
Badge #: U7706
Copy Received By: MUKHTAR RZAKHANOV

X______________________________ X______________________________



03519782 MT MTU770601131

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Texas Department of Public Safety**

**Report Number:** TXV262426293
**Inspection Date:** 06/13/2026
**Start:** 12:15 PM CT **End:** 01:00 PM CT
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

CHAD MICHAEL MERRITT
3911 IRVIN DR
MIDLAND, TX 79705
**USDOT#:** 02341159 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:** 0856455

**Driver:** FONSECA, ANDRES B
**License#:** [redacted]5000 **State:** FL
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** HWY 302 AND FM1232
**Highway:**
**County:**
**MilePost:**
**Origin:** MENTONE TX
**Destination:** Midland TX
**Shipper:** ROCKIN' C HOT SHOT
**Bill of Lading:** NONE
**Cargo:** GARBAGE, REFUSE, TRASH

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | FRHT | 2008 | TX | [redacted] | 349 | [redacted] | 33,001 | | | |

## BRAKE ADJUSTMENTS

| Axle # | 1 |
|---|---|
| Right | 1 |
| Left | 1 1/4 |
| Chamber | L-24 |

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| **391.11B2-Q** | **391.11B2-Q** | **D** | **Y** | | **N** | **N** | **NON-ENGLISH SPEAKING DRIVER - FAILED INTERVIEW (INTERSTATE ONLY) (FMCSR 391.11(b)(2)): COULD NOT COMMUNICATE TO GIVE ME PICK UP AND DROP LOCAT** |
| 393.100A | 393.100A | 1 | N | | N | N | NO PROTECTION AGAINST SHIFTING/FALLING CARGO (FMCSR 393.100(a)): ROLLBACK COVER NOT COVERING LOAD (REFUSE) AND DEBRIS BL |
| 393.30 | 393.30 | 1 | N | | N | N | NO BATTERY COVER (FMCSR 393.30): MISSING COVERS LEFT |
| **393.51** | **393.51** | **1** | **Y** | | **U** | **N** | **DEFECTIVE/IMPROPER LOW AIR WARNING DEVICE (FMCSR 393.51): AIR GUAGE IS AT 0 AND DOES NOT FUNCTION** |
| 393.60C | 393.60C | 1 | N | | N | N | DAMAGED/DISCOLORED WINDSHIELD (FMCSR 393.60(C)): CRACK LENGHT AND WIDTH OF GLASS |
| 393.78 | 393.78 | 1 | N | | N | N | WINDSHIELD WASHING SYSTEM (FMCSR 393.78): NO FLUID TO GLASS |
| 393.9H | 393.9H | 1 | N | | N | N | INOPERABLE/OBSCURED HEAD LAMP(S) (FMCSR 393.9): HIGH BEAM LEFT AND RIGHT INOP |
| **396.3A1BL** | **396.3A1BL** | **1** | **Y** | | **U** | **N** | **EXCESSIVE AIR LOSS RATE (FMCSR 396.3(a)(1)): WHEN DRIVER APPLIES BRAKE AIR LOSS ALARM ACTIVATES INST** |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:** Local Enforcement;

Report Prepared By: J SISSOM
Badge #: 15759
Copy Received By: ANDRES FONSECA

X______________________ X______________________



02341159 TX TXV262426293

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Texas Department of Public Safety**

**Report Number:** TXV262426293
**Inspection Date:** 06/13/2026
**Start:** 12:15 PM CT **End:** 01:00 PM CT
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

CHAD MICHAEL MERRITT
3911 IRVIN DR
MIDLAND, TX 79705
**USDOT#:** 02341159 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:** 0856455

**Driver:** FONSECA, ANDRES B
**License#:** [redacted]5000 **State:** FL
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

Driver OOS Text (use ANDRES FONSECA )

Vehicle OOS Text

Failure to return this report with the required certification can result in penalties up to $1,000 per day for each day the violation continues, up to a total of $10,000.

Signature Of Repairer X:____________________ Facility:____________________ Date:__________

Carrier Verify Text

Signature Of Motor Carrier X:____________________ Title:____________________ Date:

Report Prepared By: J SISSOM
Badge #: 15759
Copy Received By: ANDRES FONSECA

X____________________ X____________________



02341159 TX TXV262426293

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Florida Highway Patrol**
**Orlando District Office Squad 01**
**2900 Apalachee Parkway MS56**
**Tallahassee, FL 32399**
**407-532-2787**

**Report Number:** FL4557000869
**Inspection Date:** 12/16/2025
**Start:** 8:53 AM ET **End:** 09:56 AM ET
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

ALE TRANSPORT INC
2328 PALM CREEK AVE
ORLANDO, FL 32822
**USDOT#:** 02894924 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** CANEPA SANCHEZ, MANUEL
**License#:** [redacted]3000 **State:** FL
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

**Location:** Dallas Boulevard,Orlando
**Highway:** 7001
**County:** Orange County, FL

**MilePost:** Dallas
**Origin:** ORLANDO, FL
**Destination:** ORLANDO, FL

**Shipper:** S.A.C
**Bill of Lading:**
**Cargo:** Dirt

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | New CVSA # | OOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TR | KW | 2006 | FL | [redacted] | 362 | [redacted] | 78,350 | | | |

**BRAKE ADJUSTMENTS**: No Brake Measurements Required For Level 2

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 393.75C-TAOTD-LT 2/32 | 393.75(c) | 1 | N | | N | N | Tires - Less than 2/32 inch tread depth: Axle 4, right side, inside tire (dual set), less than 2/32. |
| 393.9A-LCL | 393.9(a) | 1 | N | | N | N | Lighting - Clearance lamp(s) inoperative: Front left clearance lamp inoperative. |
| **391.11B2-Q** | **391.11(b)(2)** | **D** | **Y** | **000892340** | **U** | **N** | **Driver cannot satisfy the English language proficiency requirements of 391.11(b)(2) as per FMCSA Enforcement Guidance Memo MC-SEE-2025-0001. Driver failed the I: Driver could not understand or speak English. The driver failed the interview and needed someone to translate for him, I did not move to step 2 (road signs).** |
| 393.9A-LIL | 393.9(a) | 1 | N | | N | N | Lighting - Identification lamp(s) inoperative: Front center and right identification lamps are inoperative. |

**HazMat:** No HM Transported. **Placard:** No **Cargo Tank:**

**Special Checks:** Alcohol Substance Chk.;

Report Prepared By: D. Cody | Badge #: 4557 | Copy Received By: MANUEL CANEPA SANCHEZ

X______________________ X______________________



02894924 FL FL4557000869

# DRIVER/VEHICLE EXAMINATION REPORT

Query Central 3.4

**Florida Highway Patrol**
**Orlando District Office Squad 01**
**2900 Apalachee Parkway MS56**
**Tallahassee, FL 32399**
**407-532-2787**

**Report Number:** FL4557000869
**Inspection Date:** 12/16/2025
**Start:** 8:53 AM ET **End:** 09:56 AM ET
**Inspection Level:** II - Walk-Around
**HM Inspection Type:** None

ALE TRANSPORT INC
2328 PALM CREEK AVE
ORLANDO, FL 32822
**USDOT#:** 02894924 **Phone#:** [redacted]
**MC/MX#:** 00000000 **Fax#:**
**State#:**

**Driver:** CANEPA SANCHEZ, MANUEL
**License#:** [redacted]3000 **State:** FL
**Date of Birth:** [redacted]
**CoDriver:**
**License#:** **State:**
**Date of Birth:**

Pursuant to authority contained in Title 49, Code of Federal Regulations, Section 395.13, and Florida Statutes 316.302 and 316.70, I hereby notify and declare the driver: MANUEL CANEPA SANCHEZ named on this report OUT OF SERVICE. No motor carrier shall permit or require this driver to drive or operate any motor vehicle until: Driver has demonstrated English language proficiency in accordance with 391.11(b)(2). WARNING: Violation of this order will subject the driver/owner to civil penalties of not less than $2,500. Drivers are also subject to being disqualified from operating a commercial motor vehicle in accordance with Florida Statute 322.61.

The undersigned certifies that all violations noted on this report have been corrected and action has been taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Materials Regulations insofar as they are applicable to motor carriers and drivers. False certifications of the required repairs are required to be prosecuted with penalties up to $10,000.

Signature Of Repairer X:______________________ Facility:______________________ Date:______________

NOTE TO DRIVER: This report must be furnished to the motor carrier whose name appears at the top of this report. [49 CFR 396.9(d)(1)]\nNOTE TO MOTOR CARRIERS: ATTENTION CARRIER: IF NO VIOLATIONS ARE LISTED IN THE "VIOLATIONS" SECTION ABOVE, IT IS NOT NECESSARY TO SIGN AND RETURN THIS REPORT. The motor carrier must examine this report and repair all violations noted in the "Violations" section. By signing below, the motor carrier certifies that all violations on this report have been corrected and action taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Materials Regulations and Florida Statute 316.302, insofar as they are applicable to motor carriers and drivers. After certifying with signature, return this report to the Florida Highway Patrol by email at OCVE-Inspections@flhsmv.gov within fifteen (15) days of the date of this report AND retain a copy at the principal place of business or where the vehicle is housed for 12 months from the date of the inspection. It is not necessary to provide supporting documentation of the repairs. Failure to return this required certification can result in penalties of up to $100 per day, for each day the violation continues, up to $25,000.

Signature Of Motor Carrier X:______________________ Title:______________________ Date:

Report Prepared By: D. Cody
Badge #: 4557
Copy Received By: MANUEL CANEPA SANCHEZ

X______________________ X______________________



02894924 FL FL4557000869

| FIRSTNAME | LASTNAME | TPRID | PROVIDERNAME | TRAINING DATE | INSP_DATE | REPORT_STATE | REPORT_NUMBER |
|---|---|---|---|---|---|---|---|
| gurami | tabagari | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 11/9/2024 | 7/7/2025 | TN | I038F20097 |
| Sandro | Tetradze | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 1/12/2025 | 7/10/2025 | TN | I5Z3011729 |
| Farkhod | Faiziev | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 3/30/2025 | 7/9/2025 | MO | W082000302 |
| Movlanbek | Iakiia uulu | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 12/21/2024 | 7/4/2025 | NV | 7105029016 |
| dmytro | yuryn | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 3/26/2025 | 7/10/2025 | CO | 1203581024 |
| Sherzod | Rizaev | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 9/15/2025 | 7/10/2025 | NJ | SPQNI03427 |
| Sukhrob | Narzulloev | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 12/26/2025 | 7/17/2025 | CO | 1234610046 |
| NURMAMAT | YSAKOV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 2/16/2025 | 7/15/2025 | IN | 7968001107 |
| vitalii | mykhailovskyi | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 1/9/2025 | 7/19/2025 | AL | 2113002047 |
| Sodiq | Amadbekov | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 3/17/2025 | 7/24/2025 | MT | U840700156 |
| Musa | Ferzauli | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 1/15/2025 | 7/28/2025 | KS | HP03204492 |
| Bobur | Gaffurov | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 6/1/2025 | 7/26/2025 | SD | 5870000949 |
| Nuriddinkhon | Mukarramov | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 12/20/2024 | 7/31/2025 | AR | 8160000671 |
| Daniel | Matisakov | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 6/23/2025 | 7/31/2025 | MT | U770601089 |
| NASIP | ISMAILOV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 2/16/2025 | 7/31/2025 | MT | U554900837 |
| yaroslav | leibiuk | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 1/29/2025 | 8/1/2025 | TN | I033AE0086 |
| zurabi | papiashvili | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 1/26/2025 | 8/5/2025 | MI | SAHIW02929 |
| merab | kobiashvili | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 1/30/2025 | 8/21/2025 | NC | 0006789773 |
| Nurbek | Mukhtaridinov | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 7/20/2025 | 8/22/2025 | UT | 25PL001967 |
| Nikoloz | Kvaratskhelia | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 12/16/2024 | 8/22/2025 | WY | PCRR000288 |
| MUKHTAR | RZAKHANOV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 3/25/2025 | 8/29/2025 | MT | U770601131 |
| TYNCHTYKBEK | KUSHUBEKOV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 2/25/2025 | 8/29/2025 | IL | 4290060100 |
| OMURZAK | TILEKABYLOV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 3/27/2025 | 9/12/2025 | UT | 25BW001957 |
| ULANBEK | BATYRBEKOV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 6/19/2025 | 9/12/2025 | CO | 1704000443 |
| nikolozi | samkharadze | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 12/4/2024 | 9/12/2025 | IA | 000P15NF77 |
| dato | kilasonia | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 12/4/2024 | 9/20/2025 | MO | W210001248 |
| DILSHOD | INATOV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 4/28/2025 | 9/20/2025 | ID | 3464007164 |
| Vladimer | Khuchua | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 3/10/2025 | 9/19/2025 | IL | 4181700316 |
| oleksii | kapinus | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 3/7/2025 | 9/16/2025 | GA | 1422001353 |
| Aleksi | Pavliashvili | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 3/29/2025 | 9/26/2025 | NY | 1L35000618 |
| ruslan | homoniuk | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 2/19/2025 | 9/28/2025 | FL | 3507001057 |
| Durbek | Uktamov | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 5/2/2025 | 9/29/2025 | IA | 000P15MN1R |
| Nurdin | Shailookuluulu | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 7/19/2025 | 10/2/2025 | CO | 1260090572 |
| Juan | Perez Roig | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 5/29/2025 | 10/31/2025 | TX | V252080688 |
| Gavkhar | Azizmamadov | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 8/7/2025 | 11/6/2025 | SD | 5730000931 |
| ERKIN | KURMANBEK UULU | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 6/15/2025 | 11/6/2025 | IA | 000P13NDCW |
| Genadi | Zhvaniia | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 2/14/2025 | 11/20/2025 | NM | 6242P90NBS |

| FIRSTNAME | LASTNAME | TPRID | PROVIDERNAME | TRAINING DATE | INSP_DATE | REPORT_STATE | REPORT_NUMBER |
|---|---|---|---|---|---|---|---|
| Gulzorkhon | Abdolov | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 6/11/2025 | 12/5/2025 | SC | 0399001028 |
| Nurbek | Satkei uulu | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 4/16/2025 | 11/12/2025 | IA | 000P120F98 |
| Zhavokhir | Sabirov | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 5/17/2025 | 12/3/2025 | KS | HP04520938 |
| Bektur | Musabaev | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 2/1/2025 | 12/12/2025 | AZ | 7646000163 |
| Manuel | Canepa | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 4/28/2025 | 12/16/2025 | FL | 4557000869 |
| NURIS | AKKABAKOV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 2/21/2025 | 12/16/2025 | OH | 3220001039 |
| serhii | seniak | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 2/10/2025 | 12/19/2025 | AR | 5930001336 |
| RASUL | EPKINALIEV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 8/20/2025 | 12/27/2025 | FL | 3905001332 |
| Liliana leticia | Vazquez Rivas | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 4/1/2025 | 12/8/2025 | TX | 7B589DETOH |
| ILKHOMZHON | RAKHMONOV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 5/13/2025 | 1/4/2026 | WY | PGAB000410 |
| ERLAN | KURMANBEKOV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 4/23/2025 | 1/7/2026 | IL | 4290890006 |
| MIRLAN | KALIEV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 9/2/2025 | 1/8/2026 | SD | 5450003120 |
| Adrian | Macias Martin | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 4/17/2025 | 1/9/2026 | FL | 1949003344 |
| Damarys | Pineiro | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 4/24/2025 | 1/10/2026 | FL | 3491003130 |
| Giorgi | Dariashvili | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 1/8/2025 | 1/5/2026 | PA | E968600554 |
| BELEK | TURGUNBAEV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 3/12/2025 | 1/26/2026 | SD | 5730001061 |
| Harold | Lightbourne Hernandez | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 2/24/2026 | 1/30/2026 | FL | 4391001105 |
| zviadi | saltkhutsishvili | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 12/14/2024 | 1/30/2026 | OK | Y600202579 |
| iuri | tsintsadze | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 11/9/2024 | 2/4/2026 | IA | 000P15MN8W |
| Handy | Basanta | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 5/17/2025 | 2/5/2026 | TX | V262219937 |
| BIISULTAN | ASKARALIEV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 4/19/2025 | 2/14/2026 | ID | 3512004413 |
| GIORGI | MEZVRISHVILI | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 3/26/2025 | 2/20/2026 | AL | 1056006930 |
| Uluk | Kalyev | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 2/10/2025 | 2/19/2026 | WA | 2134001243 |
| RUSLANBEK | KARAZAKOV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 4/12/2025 | 2/20/2026 | IN | 1028700333 |
| Ariel | Lorenzo | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 8/19/2025 | 2/19/2026 | TX | V262216591 |
| WILLIAM ELPIDIO | GARCIA CAMEJO | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 8/15/2025 | 2/18/2026 | TX | V262238302 |
| LEVAN | VARAZANASHVILI | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 2/6/2025 | 3/3/2026 | PA | XL00097368 |
| AIDAR | MASALBEKOV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 3/6/2025 | 3/12/2026 | IN | 1028700387 |
| Numon | Abdullaev | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 2/12/2025 | 3/19/2026 | ID | 3880003874 |
| Abdulnazar | Odzhimamadov | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 3/8/2025 | 3/7/2026 | NJ | SPOWI03166 |
| Arturo | Paz Rangel | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 8/19/2025 | 3/25/2026 | MO | W120003507 |
| DANIL | KURMANALIEV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 9/17/2025 | 3/28/2026 | AR | 7890001541 |
| Erlan | Boshkoev | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 8/9/2025 | 3/26/2026 | WA | X805007797 |
| Gandzhali | Mamadrizoev | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 8/7/2025 | 4/1/2026 | OH | 3247001629 |
| ERKINBEK | KAIYMOV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 9/7/2025 | 4/20/2026 | CA | NFM4000614 |
| murtaz | beradze | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 11/4/2024 | 4/21/2026 | OH | 1382000075 |
| Saifullo | Shoev | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 2/2/2026 | 5/7/2026 | KS | HP03070623 |

| FIRSTNAME | LASTNAME | TPRID | PROVIDERNAME | TRAINING DATE | INSP_DATE | REPORT_STATE | REPORT_NUMBER |
|---|---|---|---|---|---|---|---|
| BAKHVA | SHUBITIDZE | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 6/16/2025 | 5/13/2026 | US | 2050000030 |
| Abbos | Sharipov | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 12/11/2025 | 5/12/2026 | ID | 3512004521 |
| Chyngyz | Chyngyz | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 12/21/2024 | 5/17/2026 | WY | PTCH000764 |
| Luis | Perez | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 3/5/2026 | 4/23/2026 | IA | 000P15VBQC |
| Khurramshokh | Zainabetdinov | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 5/17/2025 | 5/21/2026 | NC | 0006877644 |
| Yanan | Yu | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 6/5/2026 | 5/22/2026 | TX | 7FQ79DDK58 |
| andrii | balabukh | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 3/11/2025 | 5/27/2026 | SD | 5870001379 |
| Zairbek | Mamytov | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 1/24/2026 | 5/29/2026 | CO | 1691720919 |
| James | Lu | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 6/16/2026 | 6/2/2026 | MO | W192003305 |
| Zhakshylyk | Almyrzaev | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 7/21/2025 | 6/12/2026 | MT | U706401455 |
| Andres | Bello Fonseca | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 9/19/2025 | 6/13/2026 | TX | V262426293 |
| atxel | mayorga | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 7/1/2026 | 6/25/2026 | AL | 1232005125 |
| ULAN | AIDARBEKOV | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 2/3/2025 | 7/9/2026 | WY | TBHT000130 |
| Eraj | Kabirov | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 5/23/2025 | 7/8/2026 | TX | V262450752 |
| Mukhammadali | Satvaldiev | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 9/30/2025 | 5/9/2026 | NM | 2439Q3L289 |
| Dilshod | Mukhammadiev | f14c1567-3096-4f5c-973b-475ee4b8f1a4 | ELDT Chimp, LLC | 3/13/2026 | 7/16/2026 | CA | NDLR006673 |