**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-27208 CV/CR cv
(Judge's Last Name/Magistrate's Last Name)

CDL DIRECT, LLC, ELDT DIRECT, LLC, and ELDT CHIMP, LLC,

______/ Plaintiff(s)
(Full Name of Plaintiff/s)

v. FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, UNITED STATES DEPARTMENT OF TRANSPORTATION, PATRICK D. NEMONS, Director, Office of Safety Programs, FMCSA in his official capacity,

______/Defendant(s)
(Full Name of Defendant/s)

## CERTIFICATION OF EMERGENCY

I hereby certify that, as a member of the Bar of this Court, I have carefully examined this matter and it is a true emergency and that the urgency has not been caused by my or the party's own dilatory conduct.

After reviewing the facts and researching applicable legal principles, I certify that this motion in fact presents a true emergency (as opposed to a matter that may need only expedited treatment) and requires an immediate ruling because the Court would not be able to provide meaningful relief to a critical, non-routine issue after the expiration of seven days. I understand that an unwarranted certification may lead to sanctions.

I further certify that I have made a bona fide effort to resolve this matter without the necessity of emergency action.

Dated this 14th day of October. 2026.

Signature: /s/Ralf R. Rodriguez

Printed Name: Ralf R. Rodriguez, Esq.

Florida Bar Number: 138053

Telephone Number: 786-501-7361

==========================================================================

## FOR CLERK'S OFFICE USE ONLY

I hereby certify that the Judge assigned to this case is unavailable for this emergency. (A copy of notification to the Clerk is on file). In accordance with the Court's Internal Operating Procedures, the matter has been assigned to the Honorable ______ through a blind random assignment process. The assignment of this emergency matter shall be of temporary duration, limited only to the immediate relief sought and the case for all other purposes or proceedings shall remain on the docket of the Judge to whom it was originally assigned.

[If Applicable] I hereby certify that the above Judge randomly assigned to this emergency is unavailable. (A copy of notification to the Clerk is on file). Therefore, in accordance with the Court's Internal Operating Procedures, the Honorable ______ has subsequently been assigned to the matter through a blind random assignment procedure. The assignment of this emergency matter shall be of temporary duration, limited only to the immediate relief sought and the case for all other purposes or proceedings shall remain on the docket of the Judge to whom it was originally assigned.

Dated this ______day of ______, 20_____.

ANGELA E. NOBLE
Court Administrator · Clerk of Court

By: ______, Deputy Clerk